*Clerks Copy*

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**EMERGENCY**

**IN THE UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
**FOR THE** _Northern_ **DISTRICT OF TEXAS**
_Wichita Falls_ **DIVISION**

FILED
APR - 8 2024
CLERK, U.S. DISTRICT COURT
By _____
Deputy

_Curtis Allen Garrison #1926573_

Plaintiff's Name and ID Number
_James V. Allred Unit, 2101 FM_
_369 N., Iowa Park, TX 76367_

Place of Confinement

CASE NO. **7-24CV-047-0**
(Clerk will assign the number)

v. _John Doe's and Jane Doe's_
_James V. Allred Unit_
_2101 FM 369 N._
_Iowa Park, TX 76367_

Defendant's Name and Address _John Does and_
_Jane Doe's, Mark W. Michael Unit, 2664_
_FM 2054, Tennessee Colony, TX 75886_

Defendant's Name and Address _John Doe's and_
_Jane Doe's, Coffield unit, 2661 FM 2054_
_Tennessee Colony, TX 75884_

Defendant's Name and Address
( DO NOT USE "ET AL.")



_John Doe's and Jane Doe's_
_French Robertson unit_
_12071 FM 3522_
_Abilene, TX 79601_

_John Doe's and Jane Doe's_
_Byrd unit_
_Huntsville, TX_

_Orange County Courthouse_

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID) , the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.   In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.   If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*.   In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3.   The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."   *See* 28 U.S.C. § 1915. Thus, the court is required to  assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4.   If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

    A.   Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO

    B.   If your answer to "A" is "yes", describe each lawsuit in the space below.  (If there is more than one lawsuit, describe  the additional lawsuits on another piece of paper, giving the same information.)

        1.   Approximate date of filing lawsuit: _____

        2.   Parties to previous lawsuit:

            Plaintiff(s) _____

            Defendant(s) _____

        3.   Court: (If federal, name the district; if state, name the county.) _____

        4.   Cause number: _____

        5.   Name of judge to whom case was assigned: _____

        6.   Disposition: (Was the case dismissed, appealed, still pending?) _____

        7.   Approximate date of disposition: _____

Rev. 05/15

II.    PLACE OF PRESENT CONFINEMENT: _James v. Allred unit_

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? _Pending_ ___ YES ✓NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Curtis Garrison, James V. Allred unit, 2101 FM 369 N., Iowa Park, TX 76367_

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _John Doe, James v. Allred unit, 2101 FM 369 N., Iowa Park, TX 76367_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Retaliation in denying me to go to my lay-in's_

Defendant #2: _John Doe #2, James v. Allred unit, 2101 FM 369 N., Iowa Park, TX 76367_

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
_Denied my due process rights / falsifying government documents_

Defendant #3: _John Doe #3, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886_

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
_Broke my wrist with door for no reason_

Defendant #4: _John Doe #4, James v. Allred unit, 2101 FM 369 N., Iowa Park, TX 76367_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Assaulted me, attacked me, tried to murder me, choked me_

Defendant #5: _John Doe #5, James v. Allred unit, 2101 FM 369 N., Iowa Park, TX 76367_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Accidentally broke my nose when jumped on me._

Rev. 05/15

3

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Each complaint is written on the seperate affidavit page.

VI.    RELIEF:

State briefly exactly what you want the court to do for you.    Make no legal arguments.  Cite no cases or statutes.

Set the court docket for trial and grant relief

VII.    GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Curtis Garrison

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1926573

VIII.    SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): _____

2.   Case number: _____

3.  Approximate date sanctions were imposed: _____

4.  Have the sanctions been lifted or otherwise satisfied?        ____YES  ____NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed?     ____ YES   ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____

2. Case number: _____

3. Approximate date warning was issued: _____

Executed on: __2 - 2 - 24__
                    DATE

_Curtis Garrison_
_Curtis Garrison_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __2__ day of __Febuary__, 20 __24__.
              (Day)              (month)            (year)

_Curtis Garrison_
_Curtis Garrison_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

# NOTE

This is not the Grievance's to this suit. This is the evidence in regard to some of its claims. The grievance is still pending and I am waiting on its return.

I Do Want to make these Grievances apart of the record as a whole.

Meaning my 180 day deadline should still be tolled.

Texas Department of Criminal Justice

# STEP 1

**OFFENDER GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #: 2023112923

Date Received: 6-1-23

Date Due: 7-11-23

Grievance Code: 312

Investigator ID #: 2941

Extension Date: _____

Date Retd to Offender: JUN 0 5 2023

---

Offender Name: Curtis Garrison    TDCJ # 1926573

Unit: Michael    Housing Assignment: 12 D-83

Unit where incident occurred: Michael

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Securus    When? _____

What was their response? I Dont want to do my Job and replace your defective tablet.

What action was taken? None to correct the Problem.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I have been writing Securus for several months now and I cannot get anyone to repair or replace the defective tablet that will not charge. Its not the charger its the tablet. Please fix and correct the problem.

I am also being told that I cannot purchase one myself. Why? Especially if it is advertised for sale on line. Are you purposly decieving our familys into thinking we can own one, or is this a control issue with TDCJ. Please answer.

You have a little time before this goes to suit for breaking contract and treating me different than the rest of the population. When its your Job to fix or replace any tablet defect. Not leave me with a broken tablet.

---

**I-127 Front** (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

Action Requested to resolve your Complaint. *repair or replace my tablet or let me buy my own*

Offender Signature: *Curtis Deerin*                                    Date: *6-1-23*

Grievance Response:

Your grievance has been investigated. TDCJ has teamed with Securus to provide a liaison for all tablet related inquiries. These requests will need to be in the form of an I-60 Inmate Request form to Mrs. Barbarick's office through the unit mail. All telephonic related issues will continue to require pink slip OTS form TX 005. Additionally, the Securus Customer support can be reached at 972-734-1111 for telephonic or financial related issues. Your issue has been noted and we now recommend trying one of the aforementioned avenues to resolve your tablet or telephonic related issue. No further action is warranted.

Signature Authority: _____    *Warden Mitchell*    Date: *6/6/13*

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.

Medical Signature Authority:_____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission        UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2nd Submission        UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission        UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix F



# Texas Department of Criminal Justice

## STEP 2  OFFENDER GRIEVANCE FORM

12-D-83

Offender Name: __Curtis Garrison__  TDCJ # __1926573__

Unit: __Michael__  Housing Assignment: __12 D-83__

Unit where incident occurred: __Michael__

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2023112923 |
| UGI Recd Date: | 6/9/23 |
| HQ Recd Date: | JUN 19 2023 |
| Date Due: | 7-19-23 |
| Grievance Code: | 312 |
| Investigator ID#: | 12960 |
| Extension Date: | AUG 28 2023 |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**  *I am dissatisfied with the response at Step 1 because...*

The telephone was never mentioned as a problem. So why are you talking about phones?

The tablet will not charge as it is defective. This piece of junk does not charge. Do you understand?

Its not the charger. Understand? Its the tablet. Understand?

Why am I being denied to purchase my own?

Why is Securus never here but gets a pay check? Is this how you spend our tax dollars?

The Step 1 is attached as well as the I-60s that were written to Securus. Everything is taped on.

I know you will give me a bogus answer that resolves nothing.

Why is there no attempt to investigate into the matter?

**I-128 Front** (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

**Offender Signature:** _Curtis Boertin_    **Date:** 6 – 8 – 23

**Grievance Response:**

An investigation has been conducted by the Central Grievance Office. Step 1 has addressed your complaint. Additionally, a ticket has been submitted to Securus to assist with the issue. If you'd like further assistance then contact the Securus representative by filling out an I-60. No further action by this office is warranted

_H. M. Pederson_

**Signature Authority:** _____    **Date:** AUG 0 9 2023

**Returned because:**    *Resubmit this form when corrections are made.*

<table>
<tr><td>☐</td><td>1. Grievable time period has expired.</td></tr>
<tr><td>☐</td><td>2. Illegible/Incomprehensible.*</td></tr>
<tr><td>☐</td><td>3. Originals not submitted. *</td></tr>
<tr><td>☐</td><td>4. Inappropriate/Excessive attachments.*</td></tr>
<tr><td>☐</td><td>5. Malicious use of vulgar, indecent, or physically threatening language.*</td></tr>
<tr><td>☐</td><td>6. Inappropriate.*</td></tr>
</table>

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**         **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened    ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**2ⁿᵈ Submission**         **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened    ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3ʳᵈ Submission**         **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened    ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**I-128 Back (Revised 11-2010)**         **Appendix G**

JA

recieved JAN 2 2 2024

THE STATE OF TEXAS

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: Curtis Garrison    TDCJ # 1926573

Unit: Michael CO    Housing Assignment: 12-D-85

Unit where incident occurred: Michael    12F-57

**OFFICE USE ONLY**

Grievance #: 2024010417

UGI Recd Date: 10-09-23

HQ Recd Date: OCT 17 2023

Date Due: 11-18-2023

Grievance Code: 302

Investigator ID#: 12977

Extension Date: DEC 2 8 2023

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**    *I am dissatisfied with the response at Step 1 because...*

Since TDCJ has allowed securus to "discriminate" against the inmates that TDCJ is suppose to protect is proof that TDCJ allows an outside entity, inside TDCJ, to do whatever they want to the inmate population. Once I started claiming to expose the "harm" conducted by TDCJ to its inmates and how the "drugs in TDCJ is being brought in by securus." My phone was cut off purpously. TDCJ and Securus are in bed together. Which means if my phone stays turned off and nothing is being done by TDCJ to correct the problem. Then a lawsuit gets formed against TDCJ and securus because these two are working together for the same purpose and that is to enjoy the profits made by and off of the inmate population. So while Securus is "refusing" to fix the problem and TDCJ is also "refusing" to make Securus do their job to fix the problem. This proves a purponsful refusal to act on behalf of an inmate being harmed by securus in treating a single inmate differently than the rest of the population. As I Cannot choose my phone service and am being forced to deal with securus by TDCJ. The step 1 is attached.

Offender Signature: _Artis Dorris_    Date: _10 - 6 - 23_

Grievance Response:

Your claims have been investigated by this office. Another ticket has been put in to fix your voice biometrics system and Securus has been notified that your tablet needs to be looked at. No further action is warranted by this office.

DEC 1 0 2023

Signature Authority: _J. Back_    Date: _____

Returned because:    *Resubmit this form when corrections are made.

☐  1. Grievable time period has expired.

☐  2. Illegible/Incomprehensible.*

☐  3. Originals not submitted. *

☐  4. Inappropriate/Excessive attachments.*

☐  5. Malicious use of vulgar, indecent, or physically threatening language.

☐  6. Inappropriate.*

CGO Staff Signature: _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ___Screened ___Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender:_____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ___Screened ___Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender:_____ | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ___Screened ___Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender:_____ | |

I-128 Back (Revised 11-2010)    Appendix G



# Texas Department of Criminal Justice

# STEP 1

## OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2024010417

Date Received: 9/25/23

Date Due: 11/04/23

Grievance Code: 302

Investigator ID #: 2967

Extension Date: _____

Date Retd to Offender: SEP 29 2023

Offender Name: Curtis Garrison    TDCJ # 1926573

Unit: Michael    Housing Assignment: 12 D-83

Unit where incident occurred: Michael

---

OCT 05 2023

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Officer    When? 9-23-23

What was their response? ignored me

What action was taken? none

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Securus is falsifying state documents saying that they have come out and done a re-enrollement on my voice biometrics on 6-22-23. I have never once seen anyone to do the voice biometrics, I wrote them again on 7-1-23 letting them know that the phone wont let me through the voice biometrics. I keep submitting OTS Assistance Request Forms that are purpously being ignored and go unanswered. I have written the communication center on the tablet to which it is now getting no response. If you check the records when I made my last call you will see that I have not made a phone call since then, mainly because the voice biometric system will not process my voice. The last time I did one was when I was at Robertson unit. I dont understand whats so hard about coming to Seg and doing my voice biometrics. Is it the fact that you have to actually walk or work. I cant wait to file suit after my step 2 so please try me.

---

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

**Action Requested to resolve your Complaint,**

fix my voice biometrics so I can call my family

**Offender Signature:** _Curtis Davis_                              **Date:** 9-23-23

**Grievance Response:**

recieved
10-6-23

Your grievance has been processed. TDCJ has no control over Securus or the OTS system however we have notified Securus on your behalf via email. Any further inquiries can be directed to the Securus office via I-60. No further action is warranted from this office.

WARDEN
MARSHALL

**Signature Authority:** _____                 **Date:** 9-27

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**        *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix F

*You have received a* **jpay** *letter, the fastest way to get mail*

From : Phone Representative
To   : CURTIS ALLEN GARRISON, ID: 07563407, 01926573
Date : 8/1/2023 1:59:11 PM EST,    Letter ID: 1828066433  Parent Letter ID: 1812697682
Location : MI-PRINT
Housing : 12DF2 83

Reply to kite letterid: 1812697682
Please see the response below from OTS Technical Support regarding an OTS Assistance Request Form you submitted on 7/1/2023 requesting to be enrolled/re-enrolled in Voice Biometrics and have numbers added to your approved calling list:

According to our records you were successfully enrolled/re-enrolled in Voice Biometrics on 06-22-2023 12:05:16. Please try your call again. Thank you.

_____

From: CURTIS ALLEN GARRISON 07563407
Sent: Tuesday, August 1, 2023 1:59 PM
To: Phone Representative

CURTIS ALLEN GARRISON 07563407, 01926573 MI-PRINT 12DF2 83 ID:1828066433 [P 2/2]

# TDCJ Offender Telephone System (OTS) – Assistance Request Form

**INSTRUCTIONS:**

- Review list of common problems before submitting a complaint form.
- This form is to be completed and placed in a unit mailbox to be picked up by the mail room.
- You must print legibly.
- Expected response should be 7-9 business days after the form has been placed in the mailbox.
- List only one issue per form.
- Incomplete or unreadable forms will be returned unresolved.
- Please do not submit multiple forms on the same issue. Forms will be addressed and responses will be sent out in the order in which they are received.

| COMMON ERROR MESSAGE | STANDARD RESPONSE |
|---|---|
| My TDCJ # does not work. | Please make sure you are entering your full 8 digit TDCJ ID # including leading zero(s) if needed. |
| Message says "...this number is not authorized..." | The owner of the phone number you are attempting to call must register their number by calling 866-806-7804 or by going to www.texasprisonphone.com. |
| Message says "...could not verify your name..." | If you routinely receive these messages, you may need to be re-enrolled into the Voice Biometric System. Please submit this form with a description of your problem. |
| Message says "...your enrollment does not exist..." | You are not enrolled in the OTS Voice Biometric System. You do not need to submit this form. We will identify all eligible offenders that are not enrolled and will schedule enrollment periods at least every two weeks. |
| Message says "...your account has been suspended..." | Phone accounts will automatically be suspended for 90 days on conviction of a major disciplinary. Offenders in transient status will also be suspended. No calls can be made until your status has been closed. OTS representatives are not able to answer questions about offender suspensions. |

**Please write your TDCJ-ID# in the squares and then completely fill in the corresponding number boxes above, including leading zero(s) if needed.**

`0 1 9 2 6 5 7 3`

**Offender Name (Last, First, MI)**
Garrison Curtis Allen

**Today's Date:** 7/10/23

**TDCJ Unit Name:** 1926573

**Telephone Number Called:** (49) 779 - 9022

**Explanation of Issue (Be specific. Include details)**

My tablet is acting up the voice biometrics wont go through and the tablet has a defect to where it wont take a charge, I tried other chargers and still nothing. What can y'all do to fix these problems?

**\*\*\*\* TO BE COMPLETED BY TECHNICAL SUPPORT \*\*\*\***

Stock E-700-01-19251-O

TX-005 July 2013

Offender Signature: _Curtis Davis_    Date: _11-10-23_

**Grievance Response:**

A review of the medical grievance and documentation has been completed regarding your medical complaint you were denied dental treatment due to unprofessionalism by staff member. You further claim you have not received a cure for the treatment of syphilis.

An appellate review of the medical grievance and clinical record indicates the response at Step 1 is appropriate. Upon further review of your electronic health records (EHR), documentation indicates you received a dental comprehensive treatment plan (CTP) on 07/20/2023. You received gross debridement on 09/12/2023 and on 10/18/2023 you were escorted from dental due to your behavior. Per your problem list on 10/23/2015 until present you have received continuous treatment for the condition of syphilis and education of STI as well. If you have questions or concerns regarding your diagnosis, please submit a sick call request to the medical provider for further discussions.

You may also review Correctional Managed Health Care (CMHC) Policy B-14.12 regarding syphilis. No further action is warranted through the grievance process.

**STEP II MEDICAL GRIEVANCE PROGRAM**
**OFFICE OF PROFESSIONAL STANDARDS**
**TDCJ HEALTH SERVICES DIVISION**                    **11/21/2023**

Signature Authority: _____    Date: _____

**Returned because:**    *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.\***

☐ 3. **Originals not submitted. \***

☐ 4. **Inappropriate/Excessive attachments.\***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.\***

☐ 6. **Inappropriate.\***

CGO Staff Signature: _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____Screened    ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____Screened    ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____Screened    ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

Still *putting my life in grave danger* of death for
the lack of treatment and in me recieving "any" kind
of medical care here in any of TDCJ's facilities.

**Action Requested to resolve your Complaint.**
I would like my exposed roots fixed and not neglected as well
as cured of my syphilis that is causing these problems.

**Offender Signature:** Curtis Dorris   **Date:** 10-18-23

**Grievance Response:**

> Per review of your EMR your dental appointment was canceled due to your unacceptable
> behavior toward staff. Your most recent RPR lab result is noted as nonreactive. Therefore,
> you do not have a current diagnosis of syphilis. If you need dental care and/or experience
> issues with your teeth you may submit a sick call request.

recieved
11-6-23

**Signature Authority:** Pam Pah   **Date:** 10/30/23

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**   *****Resubmit this form when the corrections are made.**

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening langua
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

**I-127 Back** (Revised 11-2010)

**Appendix F**



# Texas Department of Criminal Justice

## STEP 1
# OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2024004946

Date Received: 9/13/23

Date Due: 10/23/23

Grievance Code: 014

Investigator ID #: 2967

Extension Date: _____

Date Retd to Offender: SEP 29 2023

OCT 05 2023

Offender Name: Curtis Garrison     TDCJ # 1926573

Unit: Michael     Housing Assignment: 12 D - 83

Unit where incident occurred: Michael

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.     When? 8-28-23

Who did you talk to (name, title)? Captain

What was their response? Yelled at me

What action was taken? refused my medical by not letting me go

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

TDCJ officers are hindering my investigation into my sexual assault by using intimidation tactics and falsifying documents. Thus aiding and abetting my attacker Juan Soliz with full TDCJ backing to do everything possible to get the case closed and in refusing to press the request charges and prosecute under policy rules and law of this state. On 8-25-23 medical brought me refusal papers ordered by Captain Jon Doe. To which I informed medical that I do not refuse and will come immediately. To which an officer was sent to get me. On my way to medical I was called into the captains office and was yelled at for not changing my step 2 statement and was told that since I refused to comply that he is closing my case and then ordered me back to the house refusing my medical under my protest that I must see medical. To which he stated "No your going to the house". On 8-26-23 I was taken to medical for the investigation. When asked what I wanted done I stated I want full blown "STD" Testing" for every disease and if any discovered treated and cured as well as a "culture" performed. The nurse refused this testing and personally wrote whatever they wanted on the form, took no bloody conducted no testing and then left with the paper he wrote on, only to return with another for me to sign stating that the sexual assault was over 72 hours. On 8-28-23 I see UCC and syche. Syche never once asked me any questions regarding the sexual assault, nor how I felt about it or what it did to me mentally. They only asked the routine questions about suicide, harming others, chest pains, ect. Now ranking officers are divulging information to inmates about the sexual assault giving the names and facts about the case. Which has been announced from inmate to inmate. This action rank has created a hostile environment for me. Where now I have a nation wide hit on me and my family by [All] the mexican gangs. Putting me and my family LID nation wide. These gangs are trying to acquire a roster to get my name so they can attack my family in the world as was threatened by Juan Soliz to kill them. Is this how sexual assault

(OVER)

---

I-127 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**

Appendix F

investigations are conducted? I have underlined in the PREA flyer
and attached to this grievance. These issues are new and currently being developed facts
to the case-in-chief. For the record I still want to press charges on extortion, terroristic
threats to murder, and sexual assault. Also I want to recieve the effective medical treatment
to "[cure]" any disease whether it viral or fungal disease/infection. Also I want a "proper"
mental health evaluation. I can no longer be housed in [ANY] TDCJ facility or any facility in
the united states, as my life is now in constant danger of harm or death, due to the hit
placed on me by Juan Saliz to [kill] the mexican gangs. But also my entire family as Juan Sliz
did state he will have them killed. Me and my family need protection from this serious threat.
If anything happens to me or my family TDCJ will be held responsible for their actions and inactions.

**Action Requested to resolve your Complaint.**
give me and my family protection in the witness protection program, press charges on Juan Sliz,
and get me out of TDCJ to a safe place. Help! Help! Help! File a LID Now!

**Offender Signature:** _Curtis Dorris_

**Grievance Response:**                                               **Date:** 9-12-23

recieved
10-8-23

Your grievance has been investigated. The concerns were forwarded to Security Staff who investigated and conducted an
inmate protection investigation. Those findings were then submitted to the Unit Classification Committee who decided
that there was a lack of evidence to substantiate the claims. Your findings were unsubstantiated. All decisions are
pending state Classification Committee Review and approval. No further action is warranted.

**WARDEN**
**MARSHALL**

**Signature Authority:** _____                **Date:** 9-21
If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**        *Resubmit this form when the corrections are made.

- [ ] 1.  Grievable time period has expired.
- [ ] 2.  Submission in excess of 1 every 7 days. *
- [ ] 3.  Originals not submitted. *
- [ ] 4.  Inappropriate/Excessive attachments. *
- [ ] 5.  No documented attempt at informal resolution. *
- [ ] 6.  No requested relief is stated. *
- [ ] 7.  Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8.  The issue presented is not grievable.
- [ ] 9.  Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely
affect the offender's health.

Medical Signature Authority:_____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission              UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2nd Submission              UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission              UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**Appendix F**

recieved **JAN 2 2 2024**

**Texas Department of Criminal Justice**

# STEP 2 ~~CO~~ OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2024004946 |
| UGI Recd Date: | 10-09-23 |
| HQ Recd Date: | OCT 19 2023 |
| Date Due: | 11-18-2023 |
| Grievance Code: | 014 |
| Investigator ID#: | 12906 |
| Extension Date: | |

Offender Name: **Curtis Garrison**   TDCJ # **1926573**

Unit: **Michael**   Housing Assignment: **12 ~~p~~ 85**

Unit where incident occurred: **Michael   12F-5ᵗ**

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

UCC refuses to read the allegations to me when I come. And flat out denied my claim without any investigation into the matter. As they never ask me any questions and continuously try to force me to sign papers stating "unsubstantiated" to close the case to my criminal investigation which I am not going to sign. When no investigation is being conducted and these officers are friends with Juan Soliz and are trying to protect him from criminal charges showing their in cahoots and have formed a "Combination" with eachother and have "Conspired" against me. As the statement and allegations are "true and correct" and the officers are too stupid to conduct an investigation properly, let alone understand what "Sexual assault" actually is. As they are confusing it with "Rape" not "sexual assault". As in Penal Code 21.01 "Sexual Contact" means [Any] touching of the anus or genitals of another person with intent to arouse or gratify the sexual desire of [any] person. TDCJ is constantly refusing my request of an investigation and are mad that I am trying to press criminal charges. TDCJ does not tell me "what or why" on anything and are not treating me as a victim. TDCJ never once tried to take my blood after showing up to medical twice nor did they conduct a mental health exam into how the sexual assault made me feel or what it did to me mentally. on 10-4-23 at 3:00 in the morning I was called to medical. But did not go because I was asleep. Then on 10-4-23 TDCJ used this to try to get me to sign a form to close my sexual assault case as unsubstantiated. As TPCJ is claiming that there is not a hole bored into the wall and that I was not extorted and sexually assaulted from this hole as I am claiming. When the officers took pictures of this hole proving its presence to exist and would further indicate a truthfulness to my other claims against Mr. Soliz. But TDCJ is refusing to acknowledge the facts and evidence is "unfounded" and requires criminal charges to be pressed so a real judge and jury can decide the case for themselves without the "biased [opinion]" that TDCJ has formed while letting sexual assaults and extortion take place affording no justice or relief to the victim. The step 1 is

I-128 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix G

attached to this grievance. Also why did the officers rip off the attached sexual assault flyer that was on my step 1? Because it stated that TDCJ wants to prosecute the wrongdoer and how investigations are conducted. To which is not being done in this case. Either bring criminal charges as requested or get a lawsuit. Its your choice.

Offender Signature: _Curtis Durrin_   Date: 10-6-23

**Grievance Response:**

An investigation was conducted into your complaint by the Central Grievance Office. Be advised, a SPPANS investigation was completed due to your concerns and was initiated on 9/13/23. Records show you failed to cooperate with the investigating officer or provide any assisting information in the investigation. Due to your lack of assistance with information and no evidence found, your allegations were found to be unsubstantiated. No further action warranted by this office.

Signature Authority: _____

H. M. Pederson
NOV 8 2023
Date: _____

Returned because:   *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission        CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ___ Screened   ___ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

2ⁿᵈ Submission        CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ___ Screened   ___ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3ʳᵈ Submission        CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ___ Screened   ___ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)        Appendix G

# Texas Department of Criminal Justice

**STEP 1**

**OFFENDER GRIEVANCE FORM**

**OFFICE USE ONLY**

Grievance #: 2023141013

Date Received: 8/7/23

Date Due: 9/21/23

Grievance Code: Law8

Investigator ID #: 2908

Extension Date: _____

Date Retd to Offender: _____

SEP 18 2023

Offender Name: Curtis Gamson    TDCJ # 1926573

Unit: Michael    Housing Assignment: 12 D-83

Unit where incident occurred: Michael

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Johnson    When? 8-1-23

What was their response? None

What action was taken? None to fix problem

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I am grieving Pam Pace and the entire medical department associated with TDCJ, for purposly refusing to treat and cure my many diseases, forcing me to suffer "cruel and unusual punishment" and by not recieving "adequate medical treatment" under the "normal standard of care." TDCJ's medical staff purposly, malisiously, and willfully Neglects the patients medical needs by refusing to give the "required treatment to "cure" the problem. I still have syphili's which if left untreated can cause permanent damage to the body. I still have clamydia oozing out of my eyes. I still have a white tounge. I still have a broken nose I want fixed. 11 years of syphilis. 11 years clamydia. 11 years of white tounge. 2 years on nose being broke. Whats your problem with giving out "antibiotics" to cure me of these diseases. No doctor in the entire world tells a syphilis and clamydia patient to "just deal with it" or "your stable" No. they figure out the problem and treat it until cured. But TDCJ doesn't do that. Yall must have so much money you actually want a lawsuit. IS that it? I want to be cured NOW! Otherwise I am NOW filing a state wide (LID) thats Life In Danger, on every unit in Texas thats associated with TDCJ for purposly killing me and doing permanent harm to my

---

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

entire body for the experimental usage of my body as a guinea pig. As experiment to see how much damage can be done to it if left untreated. To see how long it takes for us these cureable diseases to kill me. This is what your doing. TDCJ is killing me. I need to see a doctor in a hospital who will administer "care" to their patient, as TDCJ only administers "we dont care" to their "sick" patients. Leaving them sick to die. These diseases aint dormant, they are ~~different~~ stably killing me and causing harm.

**Action Requested to resolve your Complaint.** Cure me of all diseases NOW. or send me to the Hospital as I am required an I.V.

**Offender Signature:** _Willi Dorris_     **Date:** 8-1-23

---

**Grievance Response:**

Returned to me
On 9-26-23

See grievances #2023052352 and 2022103783.

**Signature Authority:** _Pam Pay_     **Date:** 9,18,23

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

---

**Returned because:**     *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **UGI Initials:** ____ |
| Grievance #: ____ | |
| Screening Criteria Used: ____ | |
| Date Recd from Offender: ____ | |
| Date Returned to Offender: ____ | |
| **2nd Submission** | **UGI Initials:** ____ |
| Grievance #: ____ | |
| Screening Criteria Used: ____ | |
| Date Recd from Offender: ____ | |
| Date Returned to Offender: ____ | |
| **3rd Submission** | **UGI Initials:** ____ |
| Grievance #: ____ | |
| Screening Criteria Used: ____ | |
| Date Recd from Offender: ____ | |
| Date Returned to Offender: ____ | |

Appendix F

recieved JAN 2 2 2024

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Garrison, C

Offender Name: _Curtis Garrison_ TDCJ # _1926573_

Unit: _Michael_ Housing Assignment: _12 D 83_

Unit where incident occurred: _Michael_

12F-57

OFFICE USE ONLY

Grievance #: _2023141013_

UGI Recd Date: _9/26/23_

HQ Recd Date: _OCT 05 2023_

Date Due: _11-12-2023_

Grievance Code: _608_

10352

Investigator ID#:

Extension Date:

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

I was grieving Pam Pace and the entire medical department associated with TDCJ for purpously and maliciously refusing to treat and "cure" my many diseases in violation of the 8Th Amendment prohibition aginst "cruel and unusual punishment" and the 14Th Amendments "Due process clause" by them depriving me of "adequate medical care" as the government is using TDCJ as a "tool of opression" and is therefore "abusing its power" under "Color of state law", as Stated in DeShaney v. winnebago county Dept. social services 429 U.S. 97 (1976); Robinson v. California 370 U.S. 660 (1962); spicer v. Williamson 191 N.C. 487, 490, 132 S.E. 291, 293 (1926); Davidson v. Cannon Supra at 348; Daniels v. Williams supra at 331. As the grievance process is a "sham" and provides "zero" relief to the prisoners incarcerated in TDCJ, which TDCJ employs the people who sign the grievances and give the "unconstitutional" responses providing "no relief" to the individual harmed by TDCJ Officials, thus serving a "conflict of interest" and a "closed minded bias" allowing the harm to continue. As well as violating TDCJ's own rules by "answering their own grievances against them" in violation of policy. Where TDCJ is "purpously" "Killing me" and doing "irrepairable damage" to my body by "refusing" me "any" medical treatment to "cure" me of the many diseases plauging my body. This "purpousful" "disregard" to preserve bodily function is

I-128 Front (Revised 11-2010)      YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM      (OVER)

Step 1 is attached to this Grievance.

Appendix G

Why I am filing a (LID) "Life In Danger" aginst TDCJ and it's many units State wide, because "they [all] harbor the Same agenda in refusing medical Care to it's prisoners incarcerated Within it's borders. I am begging for "HELP" because "I am dying" from TDCJ's "medical neglect" aginst me. AS I am [Now] "required" Hospitalization.

Offender Signature: _____ Curtis Overton _____    Date: 9-27-23

Grievance Response:

A review of the Step 1 medical grievance has been completed regarding your complaints of being denied treatment. You stated you suffer from syphilis, chlamydia, and a broken nose. You said you have asked for these to be cured but have been denied antibiotic medication. You asked to be cured of these diseases and be sent to the hospital for IV therapy.

Review of the electronic health record indicated you have been seen for your medical concerns. The provider ordered lab tests, which you have refused on 6/23/2023 and 10/3/2023, to determine the best treatment. Your Sick Call Request (SCR) have been triaged appropriately. Your treatment care plan is current.

All medications, treatments, and referrals are based on the clinical findings of the provider at the time of their assessment. While you maintain the right to refuse any services offered, you do not have the liberty to dictate what medications, treatments, or appointments will be prescribed. You are encouraged to work with the medical providers and staff to ensure the best outcome for your health care needs. No further investigation is warranted at this time.


**STEP II MEDICAL GRIEVANCE PROGRAM**
**OFFICE OF PROFESSIONAL STANDARDS**
**TDCJ HEALTH SERVICES DIVISION**                                    **10.26.2023**

Signature Authority: _____    Date: _____

Returned because:    *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

CGO Staff Signature: _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |

I-128 Back (Revised 11-2010)                                    Appendix G

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Garrison, Curtis

**Offender Name:** Curtis Garrison          **TDCJ #** 1926573

**Unit:** RB          **Housing Assignment:** 4E-13B

**Unit where incident occurred:** RB

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

**Who did you talk to (name, title)?** ~~Mr. Smith~~          **When?** 2-20-19

**What was their response?** ~~_____~~ / not sure what to do

**What action was taken?** none

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I want medical to give me the medicine I need for my illness. My illness is on record and they refuse to give me the medicine I need. This puts a strain on my health and well being. Please have them give me my medicine, I don't want to have to do a law suit but I will if I don't get the proper medicine my body requires along with treatment until its gone. FEB 2 7 2019

---

I-127 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**          (OVER)

Appendix F

**Action Requested to resolve your Complaint.** *Give me the medicine my body requires until my*
*medical needs are met to cure my illness.* FEB 2 7 2019

**Offender Signature:** *Curtis Scott*                                   **Date:** 2-26-19

**Grievance Response:**

**Signature Authority:** _____    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☑ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** ___ *C. Reyes / CReyes* ___

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** *Jerri Wilke, FNP*

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**
Initial Submission    UGI Initials: *CR*
Grievance #: *2019085962*
Screening Criteria Used: #5-6099
Date Rec'd from Offender: FEB 2 7 2019
Date Returned to Offender: FEB 2 7 2019
**2nd Submission**    UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Offender: _____
Date Returned to Offender: _____
**3rd Submission**    UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Offender: _____
Date Returned to Offender: _____

Appendix F



# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Garrison, Curtis

Offender Name: _Curtis Garrison_    TDCJ # _1926573_

Unit: _R B_    Housing Assignment: _4E-13 B_

Unit where incident occurred: _R B_

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _P. Lancaster COV_    When? _02-28-19_

What was their response? _I guess, if you have to write a grievance._

What action was taken? _NONE_

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I want medical to give me the medicine I need for my illness. My illness is on record and they refuse to give me the medicine I need. It causes me extreme pain and puts a strain on my health and well being. Please have them give me my medicine to cure my illnesses and treat them properly. I dont want to have to do a law suit but I will if I dont get the proper medicine my body requires alonge with treatment until its gone MAR 0 1 2019

---

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

**Action Requested to resolve your Complaint.** *Give me the medicine my body requires until my medical needs are met to cure my illness*

**Offender Signature:** _Willie Averit_       **Date:** _2-28-19_

**Grievance Response:**

**Signature Authority:** _____  **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**        *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☑ 5. No documented attempt at informal resolution. * *you must send I-60 to medical*
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _C. Reyes / C Reyes_

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _Laurie Wilke, FNP_

**I-127 Back** (Revised 11-2010)

**OFFICE USE ONLY**
Initial Submission    UGI Initials: _CR_
Grievance #: _2019087178_
Screening Criteria Used: _#5-699_
Date Recd from Offender: **MAR 0 1 2019**
Date Returned to Offender: **MAR 0 1 2019**
**2nd Submission**    UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
**3rd Submission**    UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F

Copy          Evidence

assistance.

nt out of my inmate trust fund and
1983 Civil Suit I am sending to
S office, 1000 Lamar St., Suite 203,
1. I need 3 copies also. I am
6573 located at 12 F-57 at James

u provided me I dont Know what else.
lease tell me what else you require.

No: 1926573          Unit: Allred

Work Assignment: Seg

OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION
# E REQUEST TO OFFICIAL

LS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE
OU MORE QUICKLY.

*lassification,*

*approved, it*
*mmittee)*

*Trusty  Class*
*o the Director*

*y supervision*
*l Creek Blvd.*

5. ❑  *Visiting List (Asst. Director of classification, Administration Building)*

6. ❑  *Parole requirements and related information (Unit Parole Counselor)*

7. ❑  *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ❑  *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

DATE: __1-31-24__

*cial)*

Garrison,C 1926573 12F-57

*LAW LIBRARY - MATERIAL REQUEST FORM (ATC-080)*

Officer Verification Signature: _____    Date Received: JAN 3 0 2024

| VOLUME | TITLE OF BOOK | PAGE/SECTION | OFFICE USE ONLY |
|---|---|---|---|
| 1) | Correctional Managed Health Care Policy B-14.12 | | |
| 2) | Holdings list for all the federal courts for Civil Court. | | |
| 3) | A 6 month print out of my inmate trust fund. | | 6 months Needs to be Notarized |

### Notary

- Submit an I-60 with the name of the document that's being notarized, the name and address to whom the document is being mailed too, and all your information.
- **DO NOT** sign the document until you are in front of the notary official
- The document must be a legal document.
- Ensure that you have a stamped envelope completely filled out and ready to go for when the notary official arrives.
- All notarized documents will be taken by the notary official and mailed from the Law Library.

refused to bring print out again    Evidence

You may request up to six (6) items however you will only be provided three (3) per day. Reason(s) why you did not receive the Legal Research Material requested are highlighted below:
1) Failed to provide a complete citation (Volume, Book & Page) for material, per policy; if required information is not provided you may receive a Table of Contents or an Index
2) Material not on current Holdings List or approved TDCJ Policy List
3) Request is not legible; filled out completely
4) Material Request Form to be utilized for material request ONLY; other (forms, addresses, etc.) should be requested on an I-60

NOTES: (for office use only) _____

_____

_____

G-Arrison, C    1926573    12 F    57D

*LAW LIBRARY - MATERIAL REQUEST FORM (ATC-080)*

Officer Verification Signature: Kriou    Date Received: JAN 25 2024

| VOLUME | TITLE OF BOOK | PAGE/SECTION | OFFICE USE ONLY |
|---|---|---|---|
| 1) | 6 month review of my inmate trust fund. printed out 3X's | | Notary Instructions enclosed |
| 2) | Federal Court holdings list for each County | | |
| 3) | ~~scratched out~~ | | |
| 4) | Correctional Managed Health care policy B-14.12 | | |
| 5) | a $400 withdraw off my inmate trust fund for my legal mail to send out | | |
| 6) | | | |

**If you fail to return the material to Law Library staff, or the material is damaged, you will receive a Disciplinary Case & be placed on Legal Research Material Suspension, per Policy ATC-035.

Offender Name: Curtis Garrison    TDCJ-ID#: 1926573

Offender Housing: 12 F - 57    Date: 1 - 25 - 24

Evidence of refusal to bring print out

You may request up to six (6) items however you will only be provided three (3) per day. Reason(s) why you did not receive the Legal Research Material requested are highlighted below:

1) Failed to provide a complete citation (Volume, Book & Page) for material, per policy; if required information is not provided you may receive a Table of Contents or an Index
2) Material not on current Holdings List or approved TDCJ Policy List
3) Request is not legible; filled out completely
4) Material Request Form to be utilized for material request ONLY; other (forms, addresses, etc.) should be requested on an I-60

NOTES: (for office use only)_____

Garrison, C 1926573 12F-57

*LAW LIBRARY – MATERIAL REQUEST FORM (ATC-080)*

Officer Verification Signature: _____   Date Received: JAN 3 0 2024

| VOLUME | TITLE OF BOOK | PAGE/SECTION | OFFICE USE ONLY |
|---|---|---|---|
| 1) 1 | 6 month print out of my inmate trust fund | | Must do I-25 with warden office |
| 2) 1 | $400 Withdraw check to the same address | | Must do I-25 with warden office |
| 3) 3 | I-60's | | |
| 4) | | | |
| 5) | | | |
| 6) | | | |

**If you fail to return the material to Law Library staff, or the material is damaged, you will receive a Disciplinary Case & be placed on Legal Research Material Suspension, per Policy ATC-035.

Offender Name: Curtis Garrison          TDCJ-ID#: 1926573

Offender Housing: 12 F-57               Date: 1-30-24

Evidence

You may request up to six (6) items however you will only be provided three (3) per day. Reason(s) why you did not receive the Legal Research Material requested are highlighted below:

1) Failed to provide a complete citation (Volume, Book & Page) for material, per policy; if required information is not provided you may receive a Table of Contents or an Index
2) Material not on current Holdings List or approved TDCJ Policy List
3) Request is not legible; filled out completely
4) Material Request Form to be utilized for material request ONLY; other (forms, addresses, etc.) should be requested on an I-60

NOTES: (for office use only) _____

_____

_____

6. Stuttering John Doe #6, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.
   - Tried to get my sexual assault case closed. Falsify documents, and coerced me to sign paper under threat of duress.

7. John Doe #7, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.
   - Made threats to me for raising claim of sexual assault and retaliated by erasing staff off my file and cutting off all contact with the outside world.

8. Jane Doe #2, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.
   - Stole 17Lbs of my mail and falsified document.

9. Jane Doe #3, Huntsville TX, head of the DRC
   - refuses to acknowledge DRC policy and made up rules on their own.

10. John Doe #8, James V. Allred unit, 2101 FM 369 N, Iowa Park, TX 76367
    - Repeatedly stomped on me while I was lying on the ground in handcuffs.

11. Jane Doe #2, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.
    - violated the rules and policy regarding my mail at the DRC.

12. Jane Doe #4, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886
    - Refused to acknowledge and document or treat my broken wrist. Falsify documents.

13. Jane Doe #5, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.
- Refused to provide me treatment or care to a serious medical need. Falsify documents

14. Jane Doe #6, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886
- Refused to provide treatment or care to a serious medical need, Falsify documents.

15. Jane Doe #7, Byrd unit, Huntsville TX
- Refused to provide treatment or care to cure a serious disease, Falsify documents.

16. Jane Doe #8, Byrd unit, Huntsville TX
- Refused to provide care or treatment to cure a serious disease. Falsified documents.

17. Jane Doe #9, French Robertson unit, 12071 FM 3522, Abilene, TX 79601
- Refused to provide care or treatment to cure a serious disease, Falsified documents.

18. Jane Doe #10, French Robertson unit, 12071 FM 3522, Abilene, TX 79601
- Refused to treat or cure a serious disease. Falsified documents.

19. Jane Doe #11, French Robertson unit, 12071 FM 3522, Abilene, TX 79601
- Refused to treat or cure a serious disease. Falsified documents.

Parties to this suit

20.) Jane Doe #12, James V. Allred unit, 2101 FM 369 N., Iowa Park, TX 76367.
- Refused to cure me of disease. Falsify documents.

21.) Jane Doe #13, James V. Allred unit, 2101 FM 369 N., Iowa Park, TX 76367.
- Refused to cure me of disease. Falsified documents.

22.) Jane Doe #14, James V. Allred unit, 2101 FM 369 N., Iowa Park, TX 76367.
- Refused to cure me of disease. Falsify documents.

23.) Jane Doe #15, James V. Allred unit, 2101 FM 369 N., Iowa Park TX 76367.
- Refused to cure me of disease. Falsify documents

24.) Jane Doe #16, James V. Allred unit, 2101 FM 369 N.J Iowa Park, TX 76367.
- Refused to cure me of disease. Falsify documents.

25.) John Doe, Warden, Coffield unit, 2661 FM 2054, Tennessee Colony, TX 75886.
- Knows other TDCJ employees want to kill and harm me and did nothing to stop it. Falsified documents.

26.) John Doe, Warden #2, Coffield unit, 2661 FM 2054, Tennessee Colony, TX 75884
- Allowed me to be harmed by TDCJ officers for being in fear of my life.

27.) John Doe, Warden #3, Coffield unit, 2661 FM 2054, Tennessee Colony, TX 75884

- Allows others to harm me in presence and refused me treatment to cure me of disease.

28.) Regional Director Monroe, not sure where from

- Knows of my needs and has done nothing to cure disease or protect me from TDCJ's harm.

29.) John Doe #9, Coffield unit, 2661 FM 2054, Tennessee Colony, TX 75886

- made threats to harm me.

30.) John Doe #10, Coffield unit, 2661 FM 2054, Tennessee Colony, TX 75886

- made threats to harm me.

31.) John Doe #11, Coffield unit 2661 FM 2054, Tennessee Colony, TX 75886

- harmed me, Gas.

32.) John Doe #12, Coffield unit, 2661 FM 2054, Tennessee Colony, TX 75886

- Harmed me, Gas.

33.) John Doe #13, Coffield unit, 2661 FM 2054, Tennessee Colony, TX 75886

- Harmed me, Tazer.

34. John Doe #14, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.

- Forced my face into urine and stuck me in a cell that TDCJ officers peed in with no water or working toilet or light with sewage all over the entire cell.

35. John Doe #15, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.

- Forced me to eat spoiled food, drink contaminated water and live in filthy deplorable conditions.

36. John Doe #16, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.

- Forced me to eat spoiled food, drink contaminated water and live in filthy deplorable conditions.

37. John Doe #17, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.

- Forced me to eat spoiled food, drink contaminated water and live in filthy deplorable conditions.

38. John Doe #18, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.

- Forced me to eat spoiled food, drink contaminated water and live in filthy deplorable conditions.

39. John Doe #19, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.

- Forced me to eat spoiled food, drink contaminated water and live in filthy deplorable conditions.

40. John Doe #20, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.

- Refused to bring me to talk to OIG about my sexual assault getting my case dismissed. Falsifying documents.

Parties to this Suit

41. Jane Doe #17, Securus, Mark w. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.
   • Retaliated by turning off my phone and erasing my E-message Contacts without cause.

42. Juan Soliz Jr., Coffield unit, 2661 FM 2054, Tennessee Colony, TX 75886.
   • Sexually assaulted me by touching me innappropriately and did extort me for $1,200 and threaten harm to my family.

43. Jane Doe #18, Mark W. Michael unit 2664 FM 2054, Tennessee Colony, TX 75886
   • Refused to fix my exposed roots and made threats to my life. Dental. Falsified documents.

44. Jane Doe #19, Mark W. Michael unit, 2664 FM 2054, Tennessee colony, TX 75886.
   • Refused to fix my exposed roots and told me that I can get it fixed when I get out of prison and to just deal with it. Falsified documents.

45. John Doe #21, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.
   • Refused to fix my exposed roots or cure syphilis and ignored issue of why I was there and only wanted to clean teeth. Falsified documents.

46. John Doe #22, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.
   • Retaliated for filing grievances on them. By erasing my special diet.

47. John Doe #23, Mark W. Michael unit, 2664 FM 2054, Tennessee colony, TX 75886.
   • Retaliated by trying to bully me into signing a paper to close my sexual assault case and yelled at me and called me names.

48.) John Doe #24, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.
- Throw away my grievances and their attachments.

49.) Jane Doe #20, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.
- Throw away my grievances and their attachments.

50.) John Doe #25, Huntsville TX, Executive director
- Has me under false imprisonment Knowingly.

51.) Jane Doe #21, James V. Allred unit, 2101 FM 369 N, Iowa Park, TX 76367
- refuses to fix my broken wrist or give me the required treatment to cure Syphilis.

52.) John Doe, Warden, Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.
- Falsitys documents.

53.) John Doe #26, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX, 75886.
- Stole my property off of my body

54.) Jane Doe #22, James V. Allred unit, 2101 FM 369 N, Iowa Park, TX 76367.
- Was my Counsel substitute and served a Conflict of interest with TDCJ rendering her ineffective Counsel as she did not seek my best interests or get me for Court, present any evidence, or call any witnesses, while knowing I wanted to represent myself and that she was fired when she served the Case herself.

(55.) Dog, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.

- Said my mail was contraband and wrote a bogus report falsifying a government document and not being a TDCJ employee on the roster and handeling my mail, whene no testing was ever performed.

(56.) There is possibly more but this is all I know of off the top of my head. Still waiting on grievances to return.

*Medical Neglect*
*Deliberate Indifference*

[FILL OUT cause number and heading information EXACTLY as it is written on the Petition]

NO. _____

Curtis Allen Garrison
    Plantiff
        V.
John Doe et al.
Jane Doe et al.
    Defendant[s]

§
§
§
§
§

## AFFIDAVIT

THE STATE OF TEXAS
COUNTY OF _____
[PRINT the name of the county where this statement is being notarized.]

BEFORE ME, the undersigned authority, on this day personally appeared

_____, who

[PRINT the first and last names of the person who will sign this statement.]

swore or affirmed to tell truth, and stated as follows:

"My name is     Curtis Allen Garrison

[PRINT the first and last names of the person who will sign this statement.]

I am of sound mind and capable of making this sworn statement. I have personal knowledge of the facts written in this statement. I understand that if I lie in this statement I may be held criminally responsible. This statement is true.

I have came into the TDCJ prison system with 9 years of untreated syphilis. I have 11 years in the system giving me a total of now 20 years of syphilis left untreated by TDCJ in refusal to "treat and cure" a serious medical need. Which has caused irreparable damage to my body. As it it has caused loss of feeling in certain parts of my body and a loss of enjoyment, leaving me with muscle damage, eye damage, hearing damage, nerve damage, deformity, and brain damage. As TDCJ keeps falsifying documents to not treat. Leaving me to suffer harm until death. This is NeuroSyphilis. As TDCJ is experimenting on me to see how long it takes until I die.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____

[The person who has personal knowledge of this statement must sign it.
DO NOT SIGN this statement until you are in front of a notary.]

State of Texas
County of _____
            [name of county where statement is notarized.]

SWORN to and SUBSCRIBED before me, the undersigned authority, on
the _____ day of _____, _____ year, by
_____.
[PRINT the first and last names of the person who is signing this affidavit.]

                                    _____
                                    Notary Public, State of Texas [Notary's signature.]

[Notary's seal must be included.]

## Unsworn Declaration

My name is Curtis Allen Garrison and I am the Plantiff this cause, my date of birth is March 25, 1986, I currently reside at James v. Allred unit, 2101 FM 369 N., Iowa Park, Texas 76367, My TDCJ # 1926573. I am presently incarcerated in Wichita County. Everything stated herein is to the best of my ability and I declare under penalty of perjury that the facts stated in this document are true and correct.

Executed on this day of

_Curtis Garrison_

Curtis Allen Garrison, Petitioner
TDCJ # 1926573
James v. Allred unit
2101 FM 369 N.
Iowa Park, TX 76367

## Prayer

As God as my witness if I'm lying I'm dying.

*Sexual Assault*
*Extortion*

[FILL OUT cause number and heading information EXACTLY as it is written on the Petition]

NO. _____

Curtis Allen Garrison
_____Plantiff_____
V.
John Doe et. al.
Jane Doe et. al.
_____Defendant[s]_____

§
§
§
§
§

## AFFIDAVIT

THE STATE OF TEXAS
COUNTY OF _____
[PRINT the name of the county where this statement is being notarized.]

BEFORE ME, the undersigned authority, on this day personally appeared

_____, who
[PRINT the first and last names of the person who will sign this statement.]

swore or affirmed to tell truth, and stated as follows:

"My name is   Curtis Allen Garrison
[PRINT the first and last names of the person who will sign this statement.]

I am of sound mind and capable of making this sworn statement. I have personal knowledge of the facts written in this statement. I understand that if I lie in this statement I may be held criminally responsible. This statement is true.

I was extorted for $1,200 by Juan Soliz Jr. and sexually assaulted through a hole in the wall by him. To which I wanted to press charges for extortion and sexual assault. But TDCJ is refusing all the surrounding evidence and is trying to force me to sign a paper to drop the case but I do not want to drop the case and proceed to court. Only for TDCJ to drop the case for no reason and falsify government documents to cover up the sexual assault as they officers are friends with my attacker. As TDCJ has evidence of the hole in the wall as well as other evidence and have refused me medical testing on this case for sexually transmitted disease, psychological care, and have refused to do any investigating or sampeling, collecting and preserving of evidence.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____

[The person who has personal knowledge of this statement must sign it.
DO NOT SIGN this statement until you are in front of a notary.]

State of Texas
County of _____
          [name of county where statement is notarized.]

SWORN to and SUBSCRIBED before me, the undersigned authority, on
the _____ day of _____, _____ year, by

_____.
[PRINT the first and last names of the person who is signing this affidavit.]


                              _____
                              Notary Public, State of Texas [Notary's signature.]



[Notary's seal must be included.]

Unsworn Declaration

My name is Curtis Allen Garrison and I am the Plantiff this Cause, my date of birth is March 25, 1986, I currently reside at James v. Allred unit, 2101 FM 369 N., Iowa Park, Texas 76367, My TDCJ # 1926573. I am presently incarcerated in Wichita County. Everything stated herein is to the best of my ability and I declare under penalty of perjury that the facts stated in this document are true and correct.

Executed on this day of

Curtis Garrison

Curtis Allen Garrison, Petitioner
TDCJ # 1926573
James v. Allred unit
2101 FM 369 N.
Iowa Park, TX 76367


Prayer

May God have mercy.

[FILL OUT cause number and heading information EXACTLY as it is written on the Petition]

NO. _____

| | | |
|---|---|---|
| Curtis Allen Garrison | § | |
| Plantiff | § | |
| v. | § | |
| John Doe et. al. | § | |
| Jane Doe et. al. | § | |
| Defendant | § | |

## AFFIDAVIT

THE STATE OF TEXAS

COUNTY OF _____

[PRINT the name of the county where this statement is being notarized.]

BEFORE ME, the undersigned authority, on this day personally appeared

_____, who

[PRINT the first and last names of the person who will sign this statement.]

swore or affirmed to tell truth, and stated as follows:

"My name is _Curtis Allen Garrison_____.

[PRINT the first and last names of the person who will sign this statement.]

I am of sound mind and capable of making this sworn statement. I have personal knowledge of the facts written in this statement. I understand that if I lie in this statement I may be held criminally responsible. This statement is true.

A TDCJ officer at the Allred unit tried to shove me down the stairs from behind in an attempt to murder me. Then he put his hands around my neck and tried to strangle me and shove me over the railing. Where I had to act to get him off of me. Where I was repeatedly attacked by this man. Leaving me forced to defend myself. Where later I was handcuffed and then stepped on and stomped on by TDCJ officers while my hands were behind my back and I lay on the ground handcuffed. Where TDCJ refuses to view the evidence in Court/diciplinary hearing and have denied me due process and denied me to press charges of assault. But did force me to suffer in seg for self-defense. All on Camera and on record.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

[The person who has personal knowledge of this statement must sign it.
DO NOT SIGN this statement until you are in front of a notary.]

State of Texas
County of _____
                  [name of county where statement is notarized.]

SWORN to and SUBSCRIBED before me, the undersigned authority, on
the _____ day of _____, _____ year, by

_____.
[PRINT the first and last names of the person who is signing this affidavit.]

_____
Notary Public, State of Texas [Notary's signature.]

[Notary's seal must be included.]

My name is Curtis Allen Garrison and I am the Plantiff this Cause, my date of birth is March 25, 1986, I currently reside at James v. Allred unit, 2101 FM 369 N., Iowa Park, Texas 76367, My TDCJ # 1926573. I am presently incarcerated in Wichita County. Everything stated herein is to the best of my ability and I declare under penalty of perjury that the facts stated in this document are true and correct.

Executed on this day of

Curtis Garrison

Curtis Allen Garrison, Petitioner
TDCJ # 1926573
James v. Allred unit
2101 FM 369 N.
Iowa Park, TX 76367

## Prayer

Let the truth be told.

*Another Assault and Denying me medical treatment for a serious medical need.*

[FILL OUT cause number and heading information EXACTLY as it is written on the Petition]

NO. _____

Curtis Allen Garrison
_____Plantiff_____
§
_____V._____
§
John Doe et al.
§
Jane Doe et al.
§
_____Defendant[s]_____
§

## AFFIDAVIT

THE STATE OF TEXAS
COUNTY OF _____

[PRINT the name of the county where this statement is being notarized.]

   BEFORE ME, the undersigned authority, on this day personally appeared

_____, who

[PRINT the first and last names of the person who will sign this statement.]

swore or affirmed to tell truth, and stated as follows:

   "My name is   Curtis Allen Garrison   .

[PRINT the first and last names of the person who will sign this statement.]

   I am of sound mind and capable of making this sworn statement. I have personal knowledge of the facts written in this statement. I understand that if I lie in this statement I may be held criminally responsible. This statement is true.

The officer's in Michael unit in TDCJ have repeatedly retaliated against me by forcing me to drink Contaminated water, eat spoiled food, while tampering with my mail, and turning off my water and falsifying documents at every turn, No medical, no dental, nothing but rats, roaches, ants, shit water on everything, filth and a violation of the Constitution. But when the officer opened my door against policy rules then tried to break my arm with the door on 11-29-23 and did break my wrist. To where I have yet to recieve any medical care for a broken bone, but I have been given the handcuff treatment and cell therapy. No cast, No x-ray forcing me to suffer Cruel and unusual punishment in Violation of the Constitution.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

[The person who has personal knowledge of this statement must sign it.
DO NOT SIGN this statement until you are in front of a notary.]

State of Texas
County of _____
          [name of county where statement is notarized.]

SWORN to and SUBSCRIBED before me, the undersigned authority, on
the _____ day of _____, _____ year, by

_____.
[PRINT the first and last names of the person who is signing this affidavit.]


                                   _____
                                   Notary Public, State of Texas [Notary's signature.]



[Notary's seal must be included.]

Unsworn Declaration

My name is Curtis Allen Garrison and I am the Plantiff this Cause, my date of birth is March 25, 1986, I currently reside at James V. Allred unit, 2101 FM 369 N., Iowa Park, Texas 76367, My TDCJ # 1926573. I am presently incarcerated in Wichita County. Everything stated herein is to the best of my ability and I declare under penalty of perjury that the facts stated in this document are true and correct.

Executed on this day of

_____

Curtis Allen Garrison, Petitioner
TDCJ # 1926573
James V. Allred unit
2101 FM 369 N.
Iowa Park, TX 76367

## Prayer

No More locked doors!

[FILL OUT cause number and heading information EXACTLY as it is written on the Petition]

**NO. _____**

Curtis Allen Garrison
_Plantiff_
V.
John Doe et. al.
Jane Doe et, al,
_Defendant[s]_

§
§
§
§
§

_____
_____
_____
_____
_____

## AFFIDAVIT

THE STATE OF TEXAS

COUNTY OF _____

[PRINT the name of the county where this statement is being notarized.]

BEFORE ME, the undersigned authority, on this day personally appeared

_____, who

[PRINT the first and last names of the person who will sign this statement.]

swore or affirmed to tell truth, and stated as follows:

"My name is _____Curtis Allen Garrison_____.

[PRINT the first and last names of the person who will sign this statement.]

I am of sound mind and capable of making this sworn statement. I have personal knowledge of the facts written in this statement. I understand that if I lie in this statement I may be held criminally responsible. This statement is true.

Michael unit Dental department is refusing me dental to fix my exposed roots and is falsifying government documents by not saying whats really going on as a deep cleaning was documented but only air was blown on my teeth. Thus leaving my syphili's caused exposed roots left exposed and hurting me. No antibiotics were given to fix the problem. Denying me dental care to fix my exposed roots that I put in for to be fixed. TDCJ only wanted to clean teeth and couldn't even do that properly

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

[The person who has personal knowledge of this statement must sign it.
DO NOT SIGN this statement until you are in front of a notary.]

State of Texas
County of _____
        [name of county where statement is notarized.]

SWORN to and SUBSCRIBED before me, the undersigned authority, on
the _____ day of _____, _____ year, by

_____.
[PRINT the first and last names of the person who is signing this affidavit.]


                                    _____
                                    Notary Public, State of Texas [Notary's signature.]



[Notary's seal must be included.]

Unsworn Declaration

My name is Curtis Allen Garrison and I am the Plantiff this Cause, my date of birth is March 25, 1986, I currently reside at James v. Allred unit, 2101 FM 369 N., Iowa Park, Texas 76367, My TDCJ # 1926573. I am presently incarcerated in Wichita County. Everything stated herein is to the best of my ability and I declare under penalty of perjury that the facts stated in this document are true and correct.

Executed on this day of

_____
Curtis Allen Garrison, Petitioner
TDCJ # 1926573
James V. Allred unit
2101 FM 369 N.
Iowa Park, TX 76367

## Prayer

Those with heavy burdens Seek relief and I Shall give you rest.

Constitutional Violation 6Th and 8Th
Amendment, Violation Clean
Water Act.

[FILL OUT cause number and heading information EXACTLY as it is written on the Petition]

NO. _____

| Curtis Allen Garrison | | |
|---|---|---|
| Plantiff | § | |
| V. | § | |
| John Doe et al. | § | |
| Jane Doe et al. | § | |
| Defendant[5] | § | |

## **AFFIDAVIT**

THE STATE OF TEXAS

COUNTY OF _____

[PRINT the name of the county where this statement is being notarized.]

BEFORE ME, the undersigned authority, on this day personally appeared

_____, who

[PRINT the first and last names of the person who will sign this statement.]

swore or affirmed to tell truth, and stated as follows:

"My name is     Curtis Allen Garrison .

[PRINT the first and last names of the person who will sign this statement.]

I am of sound mind and capable of making this sworn statement. I have personal knowledge of the facts written in this statement. I understand that if I lie in this statement I may be held criminally responsible. This statement is true.

Michael unit has forced me do drink yellow Stinking Water that is sticky and full of bacteria and slime from improperly maintained Water treatment. This Water has Caused my health to decline as well as the skin is peeling off of my face. I was forced to drink this Water for almost 2 years. This is a Violation of the Constitution and the Clean Water act.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

[The person who has personal knowledge of this statement must sign it.
DO NOT SIGN this statement until you are in front of a notary.]

---

State of Texas
County of _____
               [name of county where statement is notarized.]

SWORN to and SUBSCRIBED before me, the undersigned authority, on
the _____ day of _____, _____ year, by

_____.
[PRINT the first and last names of the person who is signing this affidavit.]


                                    _____
                                    Notary Public, State of Texas [Notary's signature.]



[Notary's seal must be included.]

---

Unsworn Declaration

My name is Curtis Allen Garrison and I am the Plantiff this Cause, my date of birth is March 25, 1986, I currently reside at James v. Allred unit, 2101 FM 369 N., Iowa Park, Texas 76367, My TDCJ # 1926573. I am presently incarcerated in Wichita County. Everything stated herein is to the best of my ability and I declare under penalty of perjury that the facts stated in this document are true and correct.

Executed on this day of

Curtis Allen Garrison, Petitioner
TDCJ # 1926573
James v. Allred unit
2101 FM 369 N.
Iowa Park, TX 76367

## Prayer

God let me have clean water to drink.

[FILL OUT cause number and heading information EXACTLY as it is written on the Petition]

**NO. _____**

| | | |
|---|---|---|
| Curtis Allen Garrison | § | _____ |
| Plaintiff | § | _____ |
| V. | § | _____ |
| John Doe et al. | § | _____ |
| Jane Doe et al. | § | _____ |
| Defendant[s] | § | _____ |

## AFFIDAVIT

THE STATE OF TEXAS

COUNTY OF _____

[PRINT the name of the county where this statement is being notarized.]

BEFORE ME, the undersigned authority, on this day personally appeared

_____, who

[PRINT the first and last names of the person who will sign this statement.]

swore or affirmed to tell truth, and stated as follows:

"My name is    Curtis Allen Garrison    .

[PRINT the first and last names of the person who will sign this statement.]

I am of sound mind and capable of making this sworn statement. I have personal knowledge of the facts written in this statement. I understand that if I lie in this statement I may be held criminally responsible. This statement is true.

FDCJ has sent me to Michael unit ~~to the~~ and forced me to live in deplorable conditions in violation of the 6th and 8th Amendments of the Constitution. By having mice run, poop, and pee all over the spoiled food that they are serving me. To live in filth thats never cleaned with any cleaning chemicles only a broom. With forced contaminated water to drink. Where my mail is being tampered with and stolen, no medical, no dental, grievances being thrown away and the falsifying of documents by all staff even the warden.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____          _____

[The person who has personal knowledge of this statement must sign it.
DO NOT SIGN this statement until you are in front of a notary.]

---

State of Texas
County of _____

           [name of county where statement is notarized.]

SWORN to and SUBSCRIBED before me, the undersigned authority, on
the _____ day of _____, _____ year, by

_____.

[PRINT the first and last names of the person who is signing this affidavit.]

                       _____

                       Notary Public, State of Texas [Notary's signature.]

[Notary's seal must be included.]

*Retaliation*

[FILL OUT cause number and heading information EXACTLY as it is written on the Petition]

## NO. _____

Curtis Allen Garrison
    Plantiff
            V.
John Doe et. al.
Jane Doe et al,
    Defendant[s.]

§
§
§
§
§

## **AFFIDAVIT**

THE STATE OF TEXAS

COUNTY OF _____

[PRINT the name of the county where this statement is being notarized.]

BEFORE ME, the undersigned authority, on this day personally appeared

_____ , who

[PRINT the first and last names of the person who will sign this statement.]

swore or affirmed to tell truth, and stated as follows:

"My name is    Curtis Allen Garrison

[PRINT the first and last names of the person who will sign this statement.]

I am of sound mind and capable of making this sworn statement. I have personal knowledge of the facts written in this statement. I understand that if I lie in this statement I may be held criminally responsible. This statement is true.

TDCJ is in constant retaliation against me for the filing of grievances. This retaliation is in the form of turning my water off, no contact with my family as I cannot call or recieve mail from them, erasing my special food diet from the computer, stealing my property, and in destroying my mail without cause. Then if I try to get remedy they hurt me. As I recieve no medical, no dental, nothing and now they stole my I.D. so I cannot make commissary. Also by denying to file my grievances and throw them away or just the step 2. As all my grievances have step 2's attached. Denying my lay-in's, ect.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____

[The person who has personal knowledge of this statement must sign it.
DO NOT SIGN this statement until you are in front of a notary.]

State of Texas
County of _____
            [name of county where statement is notarized.]

SWORN to and SUBSCRIBED before me, the undersigned authority, on
the _____ day of _____, _____ year, by

_____.
[PRINT the first and last names of the person who is signing this affidavit.]


                                    _____
                                    Notary Public, State of Texas [Notary's signature.]



[Notary's seal must be included.]

False Imprisonment

[FILL OUT cause number and heading information EXACTLY as it is written on the Petition]

NO. _____

Curtis Allen Garrison
_____Plantiff_____
_____V._____
__John Doe_____
__Jane Doe_____
____Defendant_____

§
§
§
§
§

_____
_____
_____
_____
_____

## AFFIDAVIT

THE STATE OF TEXAS

COUNTY OF _____

[PRINT the name of the county where this statement is being notarized.]

BEFORE ME, the undersigned authority, on this day personally appeared

_____, who

[PRINT the first and last names of the person who will sign this statement.]

swore or affirmed to tell truth, and stated as follows:

"My name is _____Curtis Allen Garrison_____.

[PRINT the first and last names of the person who will sign this statement.]

I am of sound mind and capable of making this sworn statement. I have personal knowledge of the facts written in this statement. I understand that if I lie in this statement I may be held criminally responsible. This statement is true.

I am falsely imprisoned under fraud committed by Orange County officials, when no law was ever broken, and am being detained without a trial on the merits and TDCJ harbors this knowledge and refuses to let me go. This is a knowing purposeful disregard for liberty to a captive who is unjustly in prison for no reason.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____
*Artis Sarri*

[The person who has personal knowledge of this statement must sign it.
DO NOT SIGN this statement until you are in front of a notary.]

State of Texas
County of _____
      [name of county where statement is notarized.]

SWORN to and SUBSCRIBED before me, the undersigned authority, on
the _____ day of _____, _____ year, by

_____.
[PRINT the first and last names of the person who is signing this affidavit.]


_____
Notary Public, State of Texas [Notary's signature.]


[Notary's seal must be included.]

My name is Curtis Allen Garrison and I am the Plantiff this Cause, my date of birth is March 25, 1986, I currently reside at James v. Allred unit, 2101 FM 369 N., Iowa Park, Texas 76367, My TDCJ # 1926573. I am presently incarcerated in Wichita County. Everything stated herein is to the best of my ability and I declare under penalty of perjury that the facts stated in this document are true and correct.

Executed on this day of

Curtis Garrison

Curtis Allen Garrison, Petitioner
TDCJ # 1926573
James V. Allred unit
2101 FM 369 N.
Iowa Park, TX 76367

## Prayer

Grant release to the captives.

*Denied Access to the Courts and violated my Due process Rights*

[FILL OUT cause number and heading information EXACTLY as it is written on the Petition]

**NO. _____**

| | | |
|---|---|---|
| *Curtis Allen Garrison* | § | _____ |
| *Plantiff* | § | _____ |
| *V.* | § | _____ |
| *John Doe et. al.* | § | _____ |
| *Jane Doe et. al.* | § | _____ |
| *Defendant[s]* | § | _____ |

## **AFFIDAVIT**

THE STATE OF TEXAS
COUNTY OF _____
[PRINT the name of the county where this statement is being notarized.]

BEFORE ME, the undersigned authority, on this day personally appeared

_____, who

[PRINT the first and last names of the person who will sign this statement.]

swore or affirmed to tell truth, and stated as follows:

"My name is       *Curtis Allen Garrison* .

[PRINT the first and last names of the person who will sign this statement.]

I am of sound mind and capable of making this sworn statement. I have personal knowledge of the facts written in this statement. I understand that if I lie in this statement I may be held criminally responsible. This statement is true.

*TDCJ officers are retaliating on me V trying to assert my rights to the Courts in diciplinary hearing's and are refusing me access to the Courts in attendance, to question witnesses, to present evidence and view the evidence against me. By falsifying documents and going beyond the rules of diciplinary Court to enforce their own rules and conduct their own Court as in Kangaroo Court where the accused is not allowed to defend himself or present evidence but Can get the punishment. Violated my Due process rights.*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____
[The person who has personal knowledge of this statement must sign it.
DO NOT SIGN this statement until you are in front of a notary.]

State of Texas
County of _____
             [name of county where statement is notarized.]

SWORN to and SUBSCRIBED before me, the undersigned authority, on
the _____ day of _____, _____ year, by

_____.
[PRINT the first and last names of the person who is signing this affidavit.]

                              _____
                              Notary Public, State of Texas [Notary's signature.]

[Notary's seal must be included.]

Unsworn Declaration

My name is Curtis Allen Garrison and I am the Plantiff this Cause, my date of birth is March 25, 1986, I currently reside at James V. Allred unit, 2101 FM 369 N., Iowa Park, Texas 76367, My TDCJ # 1926573. I am presently incarcerated in Wichita County. Everything Stated herein is to the best of my ability and I declare under penalty of perjury that the facts Stated in this document are true and correct.

_____

Executed on this day of

_____

Curtis Allen Garrison, Petitioner
TDCJ # 1926573
James V. Allred unit
2101 FM 369 N.
Iowa Park, TX 76367

## Prayer

I want Justice and my day in Court.

*Tampering with Mail, Retaliation,*
Case 7:24-cv-00047-O   Document 1   Filed 04/08/24   Page 72 of 148   PageID 72
*Destroying Property, falsifying documents*

[FILL OUT cause number and heading information EXACTLY as it is written on the Petition]

**NO. _____**

Curtis Allen Garrison
_____
Plantiff
_____
V.
_____
John Doe et al.
_____
Jane Doe et al.
_____
Defendant[s]

§
§
§
§
§

_____
_____
_____
_____
_____

## AFFIDAVIT

THE STATE OF TEXAS
COUNTY OF _____

[PRINT the name of the county where this statement is being notarized.]

BEFORE ME, the undersigned authority, on this day personally appeared

_____, who

[PRINT the first and last names of the person who will sign this statement.]

swore or affirmed to tell truth, and stated as follows:

"My name is   Curtis Allen Garrison  .

[PRINT the first and last names of the person who will sign this statement.]

I am of sound mind and capable of making this sworn statement. I have personal knowledge of the facts written in this statement. I understand that if I lie in this statement I may be held criminally responsible. This statement is true.

TPCJ has Stolen 17 Lbs of my legal mail because they marked it as regular mail and refused to search through it. So they just threw it away because they were too lazy to search for contraband as some talking dog told them it was. But the allegation is false and the report vague and unjustified. As all TPCJ actions were against policy rules and regulations. A violation of policy. So I want my stuff replaced.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____

[The person who has personal knowledge of this statement must sign it.
DO NOT SIGN this statement until you are in front of a notary.]

State of Texas
County of _____
          [name of county where statement is notarized.]

SWORN to and SUBSCRIBED before me, the undersigned authority, on
the _____ day of _____, _____ year, by

_____.
[PRINT the first and last names of the person who is signing this affidavit.]


                              _____
                              Notary Public, State of Texas [Notary's signature.]



[Notary's seal must be included.]

## Un Sworn Declaration

My name is Curtis Allen Garrison and I am the Plantiff this Cause, my date of birth is March 25, 1986, I currently reside at James V. Allred unit, 2101 FM 369 N., Iowa Park, Texas 76367, My TDCJ # 1926573. I am presently incarcerated in Wichita County. Everything stated herein is to the best of my ability and I declare under penalty of perjury that the facts stated in this document are true and correct.

Executed on this day of

Curtis Garrison

Curtis Allen Garrison, Petitioner
TDCJ #1926573
James V. Allred unit
2101 FM 369 N.
Iowa Park, TX 76367

## Prayer

Heres the mail it never fails, it makes me want to wag my tail, when it comes I want to wail... MAILLLL.

*Medical Neglect*
*Deliberate Indifferent*

[FILL OUT cause number and heading information EXACTLY as it is written on the Petition]

NO. _____

Curtis Allen Garrison
_Plaintiff_      §
_____ V. §
John Doe et. al. §
Jane Doe et. al. §
_Defendant[s]_ §

## AFFIDAVIT

THE STATE OF TEXAS
COUNTY OF _____
[PRINT the name of the county where this statement is being notarized.]

     BEFORE ME, the undersigned authority, on this day personally appeared

_____, who
[PRINT the first and last names of the person who will sign this statement.]

swore or affirmed to tell truth, and stated as follows:

     "My name is    Curtis Allen Garrison _____.
[PRINT the first and last names of the person who will sign this statement.]

I am of sound mind and capable of making this sworn statement. I have personal knowledge of the facts written in this statement. I understand that if I lie in this statement I may be held criminally responsible. This statement is true.

TDCJ is forcing me to suffer a Urinary Tract Infection (UTI) because they refuse to give me antibiotics to cure it, or any other needed medical treatment.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____       *Arti Sorri*

[The person who has personal knowledge of this statement must sign it.
DO NOT SIGN this statement until you are in front of a notary.]

---

State of Texas
County of _____
           [name of county where statement is notarized.]

SWORN to and SUBSCRIBED before me, the undersigned authority, on
the _____ day of _____, _____ year, by

_____.
[PRINT the first and last names of the person who is signing this affidavit.]


_____
Notary Public, State of Texas [Notary's signature.]



[Notary's seal must be included.]

---

Unsworn Declaration

My name is Curtis Allen Garrison and I am the Plantiff in this Cause, my date of birth is March 25, 1986, I currently reside at James v. Allred unit, 2101 FM 369 N, Iowa Park, Texas 76367, My TDCJ # 1926573. I am presently incarcerated in Wichita County. Everything stated herein is to the best of my ability and I declare under penalty of perjury that the facts stated in this document are true and correct.

Executed on this day of

Curtis Garrison

Curtis Allen Garrison, Petitioner
TDCJ # 1926573
James v. Allred unit
2101 FM 369 N.
Iowa Park, TX 76367

## Prayer

I want to pee with no more burns and have children.

*Medical Malpractice*

[FILL OUT cause number and heading information EXACTLY as it is written on the Petition]

NO. _____

Curtis Allen Garrison
Plaintiff

§
§
§
§
§

V.

John Doe et. al.
Jane Doe et. al.
Defendant[s]

## AFFIDAVIT

THE STATE OF TEXAS

COUNTY OF _____

[PRINT the name of the county where this statement is being notarized.]

BEFORE ME, the undersigned authority, on this day personally appeared

_____, who

[PRINT the first and last names of the person who will sign this statement.]

swore or affirmed to tell truth, and stated as follows:

"My name is   Curtis Allen Garrison   .

[PRINT the first and last names of the person who will sign this statement.]

I am of sound mind and capable of making this sworn statement. I have personal knowledge of the facts written in this statement. I understand that if I lie in this statement I may be held criminally responsible. This statement is true.

TDCJ Knows that Zoloft Kills your liver and lost a lawsuit against them for that purpose. But TDCJ still forces Zoloft onto US prisoners. A Knowing disregard for human life and forced Suffering.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____*Curtis Jones*_____

[The person who has personal knowledge of this statement must sign it.
DO NOT SIGN this statement until you are in front of a notary.]

State of Texas
County of _____
          [name of county where statement is notarized.]

SWORN to and SUBSCRIBED before me, the undersigned authority, on
the _____ day of _____, _____ year, by

_____.
[PRINT the first and last names of the person who is signing this affidavit.]


_____
Notary Public, State of Texas [Notary's signature.]



[Notary's seal must be included.]

Un-Sworn Declaration

My name is Curtis Allen Garrison and I am the Plantiff this Cause, my date of birth is March 25, 1986, I currently reside at James v. Allred unit, 2101 FM 369 N., Iowa Park, Texas 76367, My TDCJ # 1926573. I am presently incarcerated in Wichita County. Everything stated herein is to the best of my ability and I declare under penalty of perjury that the facts stated in this document are true and correct.

Executed on this day of

Curtis Garrison

Curtis Allen Garrison, Petitioner
TDCJ # 1926573
James v. Allred unit
2101 FM 369 N.
Iowa Park, TX 76367

## Prayer

Z is for Zoloft and thats whats killing me.

*prison used as a tool of oppression*

[FILL OUT cause number and heading information EXACTLY as it is written on the Petition]

**NO. _____**

Curtis Allen Garrison
_____Plantiff_____
§
§
V.
§
John Doe et. al.
§
Jane Doe et. al.
§
_____Defendant[s]_____
§

## **AFFIDAVIT**

THE STATE OF TEXAS

COUNTY OF _____

[PRINT the name of the county where this statement is being notarized.]

BEFORE ME, the undersigned authority, on this day personally appeared

_____, who

[PRINT the first and last names of the person who will sign this statement.]

swore or affirmed to tell truth, and stated as follows:

"My name is    Curtis   Allen   Garrison

[PRINT the first and last names of the person who will sign this statement.]

I am of sound mind and capable of making this sworn statement. I have personal knowledge of the facts written in this statement.   I understand that if I lie in this statement I may be held criminally responsible.  This statement is true.

TDCJ is useing the tablet as a tool for opression. As they are cutting off our phones and mail for writing grievances or filling lawsuits. Keeping us from our lawyers and familys by tampering with our mail also. This needs to stop and TDCJ should be forced to comply with the prisons of the other states and be more humaine to its prisoners.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____
[The person who has personal knowledge of this statement must sign it.
DO NOT SIGN this statement until you are in front of a notary.]

State of Texas
County of _____
              [name of county where statement is notarized.]

SWORN to and SUBSCRIBED before me, the undersigned authority, on
the _____ day of _____, _____ year, by

_____
[PRINT the first and last names of the person who is signing this affidavit.]

_____
Notary Public, State of Texas [Notary's signature.]

[Notary's seal must be included.]

Unsworn Declaration

My name is Curtis Allen Garrison and I am the Plantiff this Cause, my date of birth is March 25, 1986, I currently reside at James V. Allred Unit, 2101 FM 369 N., Iowa Park, Texas 76367, My TDCJ # 1926573. I am presently incarcerated in Wichita County. Everything stated herein is to the best of my ability and I declare under penalty of perjury that the facts stated in this document are true and correct.

Executed on this day of

_Curtis Garrison_

Curtis Allen Garrison, Petitioner
TDCJ # 1926573
James V. Allred Unit
2101 FM 369 N.
Iowa Park, TX 76367

## Prayer

Stop the abuse.

DATE : 4-2-2024

Dear Clerk of the Court

    I recently sent this 1983 filing in Feburary on the 2nd of
2024. But it bounced around with the mail system for 2 months
for why I do not know. But I am returning it to be filed with the
court. I have 2 more letters on the way, one is the grievance to
the accompabying 1983 civil suit and the other is the filing fee.
I believe that the law library provided me with false information
by giving me an incorrect address and this could of been why the
package never got there. But all is correct now so please file it
and write back to me for confirmation for my records. I am also
enclosing the envelope that was originally sent for you to make a
copy to also be filed with this 1983 for an evidence exhibit to
prove that there was some kind of snafu that happened beyond
anyons control. Please file and date stamp my copy of the 1983
and return it back to me for my records. Also could you file both
cover letters inside this envelope to prove my claim of earlyer
filing so I can be able to prove my timeleness and diligence in
its eventual return. I am sorry for any inconvience this is
putting you through. Thank you for your time and patience in
regards to this matter and I look forward to hearing back from
you soon. Also could you please send me a copy of the 2 envelopes
for my records also since I do not have access to a copy machine.
Thank you once again your a big help.

                              Sincerly
                              Curtis Scott
                              Curtis Allen Garrison
                              TDCJ # 1926573
                              James V. Allred Unit
                              2101 FM 369 N.
                              Iowa Park, TX 76367

Date: 2 - 2 - 2024

To the Honorable Clerk Of the Court

I am Send you my 1983 Civil Suit forms 3X's, as well as 3 Informa pauperis forms, the 6 Month Copy Of my inmate trust fund, 14 affidavits of briefs of the issue in question, and 10 grievances to be submitted as evidence to the case. In which I will also need you to file and date stamp these filings and issue a cause number to them as well. Also Could you forward the Judge his Copy and Send the petitioners Copy back to me date stamped and with the issued cause number written on it.

I will later be sending my step 1 and step 2 grievance Once they return as they are still pending under review which should toll the 180 day deadline.

I will also later on be sending the $400 filing fee once it gets approved by TDCJ. I will also be sending motions to be filed at a later date.

I would like to thank you for reading this letter and for your time and assistance in regards to this matter.

If this package has reached your desk in error Could you please send it to the proper address.

Thank You and Have a nice day.

Sincerly

Curtis Garrison

12C-42

Received
damaged
from the
Post Office
3-27-24

*Judges Copy*

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**EMERGENCY**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE _Northern_ DISTRICT OF TEXAS
_Wichita Falls_ **DIVISION**

_Curtis Allen Garrison #1926573_

Plaintiff's Name and ID Number

_James v. Allred unit, 2101 FM 369 N.,_
_☐. Iowa Park, TX 76367_

Place of Confinement

v.  _John Doe's and Jane Doe's_
_James v. Allred unit_
_2101 FM 369 N._
_Iowa Park, TX 76367_

Defendant's Name and Address _John Doe's and Jane Doe's_
_Mark W. Michael unit, 2664 FM 2054_
_Tennessee Colony, TX 75886_

Defendant's Name and Address _John Doe's and_
_Jane Doe's, Coffield unit, 2661 FM 2054_
_Tennessee Colony, TX 75884_

Defendant's Name and Address
( DO NOT USE "ET AL.")

CASE NO. **7-24CV-047-0**

(Clerk will assign the number)

_John Doe's and Jane Doe's_
_French Robertson unit_
_12071 FM 3522_
_Abilene, TX 79601_

_John Doe's and Jane Doe's_
_Byrd unit_
_Huntsville, TX_

_Orange County courthouse_

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID) , the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis.* In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ____ YES ✓ NO

    B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: _____

        2. Parties to previous lawsuit:

            Plaintiff(s) _____

            Defendant(s) _____

        3. Court: (If federal, name the district; if state, name the county.) _____

        4. Cause number: _____

        5. Name of judge to whom case was assigned: _____

        6. Disposition: (Was the case dismissed, appealed, still pending?) _____

        7. Approximate date of disposition: _____

Rev. 05/15

II.    PLACE OF PRESENT CONFINEMENT: _James V. Allred Unit_

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? _Pending_ ___ YES  ✓ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT: _Curtis Garrison, James V. Allred unit,_

A. Name and address of plaintiff: ~~John Doe, James V. Allred unit~~

_2101 FM 369 N., Iowa Park, TX 76367_

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _John Doe, James V. Allred unit, 2101 FM 369 N., Iowa park, TX 76367_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Retaliation in denying me to go to my lay-in's._

Defendant #2: _John Doe #2, James V. Allred unit, 2101 FM 369 N., Iowa park, TX 76367_

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

_Denied my due process rights / falsifying government documents_

Defendant #3: _John Doe #3, Mark W. Michael unit, 2664 FM 2054, tennessee colony, TX 75886_

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

_Broke my wrist with the door for no reason._

Defendant #4: _John Doe #4, James V. Allred unit, 2101 FM 369 N., Iowa park, TX 76367_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Assaulted me, attacked me, tried to murder me, ~~Enke~~ choked me_

Defendant #5: _John Doe #5, James V. Allred unit, 2101 FM 369 N., Iowa park, TX 76367_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Accidentally broke my nose when jumped on me._

Rev. 05/15

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Each Complaint is written on the Seperate Affidavit page.

VI.    RELIEF:

State briefly exactly what you want the court to do for you.    Make no legal arguments.  Cite no cases or statutes.

Set the court docket for trial and grant relief

VII.    GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Curtis Garrison

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1926573

VIII.    SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): _____

2.  Case number: _____

3.  Approximate date sanctions were imposed: _____

4.  Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed? _____ YES ___✓___ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____

   2. Case number: _____

   3. Approximate date warning was issued: _____

Executed on: __2024__     _Curtis Garrison_
          DATE     _Curtis Garrison_
                                   (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ____2____ day of _Febuary_ , 20 _24_ .
        (Day)        (month)      (year)

                        _Curtis Garrison_
                        _Curtis Garrison_
                            (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

# NOTE

These are not the grievances to this suit. This is only the evidence in regard to some of its claims. The grievance is still pending and I am waiting on its return.

I do want to make these grievances apart of the record as a whole.

Meaning my 180 deadline should still be tolled.

COPY

Step 1 Grievance   #2021104717

Curtis Garrison   #1926573        Date: 9-23-23

Securus is falsifying state documents saying that they have come out and done a re-enrollment on my voice biometrics on 6-22-23. I have never once seen anyone to do the voice biometrics, I wrote them again on 7-1-23 letting them know that the phone wont let me through the voice biometrics. I keep submitting OTS Assistant Request Forms that are purpously being ignored and go unanswered. I have written the Communication Center on the tablet to which it is now getting no response. If you check the records of when I made my last call you will see that I have not made a phone call since then, mainly because the voice biometric system will not process my voice. The last time I did one was when I was at Robertson unit. I dont understand whats so hard about coming to seg and doing my voice biometrics. Is it the fact that you have to actually walk or work. I cant wait to file suit after my step 2 so please try me.

Returned
1-22-24

Step 2     Grievance    #2024010417

Curtis Garrison    #1926573      Date: 10-9-23

Since TDCJ has allowed Securus to "discriminate" aginst the inmates that TDCJ is suppose to protect is proof that TDCJ allows an outside entity, inside TDCJ, to do whatever they want to the inmate population. Once I started claiming to expose the "harm" conducted by TDCJ to its inmates and how the "drugs in TDCJ is being brought in by Securus". My phone was cut off purpously. TDCJ and Securus are in bed together. Which means that if my phone stays turned off and nothing is being done by TDCJ to correct the problem. Then a lawsuit gets formed aginst TDCJ and Securus because these two are working together for the same purpose and that is to enjoy the profits made by and off of the inmate population. So while Securus is "refusing" to fix the problem and TDCJ is also "refusing" to make Securus do their job to fix the problem. This proves a purpousful refusal to act on behalf of an inmate being harmed by securus in treating a single inmate differently than the rest of the population. As I cannot choose my phone service and am being forced to deal with Securus by TPCJ. The step 1 is attached.

Returned
1-22-24

*COPY*

Step 1    Grievance   #2024022566

Curtis Garrison   #1926573    Date: 10-18-23

On 10-18-23 at or around 8:45 to 9:10 A.M. I was called out to dental to get my teeth fixed. But that fat white woman with all the trash tattoos on her arms refused to do her job and just started arguing with me about my medical condition causing my roots to become exposed due to long term untreated syphilis. Then when I told her to stop lying to me she then started yelling at me telling me she'll "have me touched" in prison because this woman thinks she's tough because she is in a gang with her "lightning bolts" on her arm. But she kicked me out of dental because she did not want to do her job and provide me with the medical care I am to recieve. As she is "lazy" and "fat" and does'nt like to work. It seems that I cant "ever" get medical treatment that even amounts to "adequate" medical care. As TDCJ cannot provide me with a dentist that will even "clean" and "fix" my teeth. Why is my life in constant danger here? As I cannot get dental or medical treatment for a serious medical need to "fix" the problem and "cure" me of syphilis so I dont have to go back to medical or keep doing lawsuits. As dental is telling me that I "will just have to deal with it" and that I "can get it fixed when I get out". This is bull. As I want my teeth and blood "cured" of disease. TDCJ is refusing to "cure" and is still putting my life in grave danger of death for the lack of treatment and in me recieving "any" kind of medical care here in any of TDCJ's facilities.

Recieved
11-6-23 and 1-22-23

Step 1 Grievance #2024004946

Curtis Garrison #1926573   Date: 9-12-23

TDCJ officers are hindering my investigation into my sexual assault by using intimidation tactics and falsifying documents. Thus aiding and abetting my attacker Juan Soliz Jr. with the full TDCJ backing to do everything possible to get the case closed and in refusing to press the requested charges and prosecute under policy rules and law of this state. On 8-25-23 medical brought me refusal papers ordered by Captain John Doe. To which I informed medical that I do not refuse and will come immediately. To which an officer was sent to get me. On my way to medical I was called into the captains office and was yelled at for not changing my step 2 statement, and was told that since I refuse to comply that he is closing my case and then ordered me back to the house refusing my medical under my protest that I must see medical. To which he stated "no your going to the house". On 8-26-23 I was taken to medical for the investigation. When asked what I wanted done I stated that I wanted "full blown "S+D testing" for every disease and if any discovered treated and cured as well as a "culture" performed. The nurse refused this testing and personally wrote whatever they wanted on the form, took no blood, conducted no testing, and then left with the paper he wrote on, only to return with another for me to sign stating that the sexual assault was over 72 hours. On 8-28-23 I see UCC and syche. Syche never once asked me any questions regarding the sexual assault, nor how I felt about it or what it did to me mentally. They only asked the routine questions about suicide, harming others, chest pains, ect. Now ranking officers are divulging information to inmates about the sexual assault giving them names and facts about the case. Which has been announced from inmate to inmate. This action by rank has created a hostile enviroment for me. Where I now have a nation wide hit on me and my family by [ALL] the mexican gangs. putting me and my family LID nation wide. These gangs are trying to acquire a roster to get my name so they can attack my family in the world as was threatened by Juan Soliz to kill them. Is this how sexual assault investigations are conducted? I have underlined a few key concerns on the PREA flyer and attached it to this grievance. These issues are new and currently being developed facts to the case-in-chief. For the record I still want to press charges on extortion, terroristic threats to murder, and sexual assault. Also I want to recieve the effective medical treatment to "[cure]" any disease whether it viral or fungal disease/infection. Also I want a "proper" mental health evaluation. I can no longer be housed in [ANY] TDCJ facility or any facility in the united states, as my life is now in constant danger of harm or death, due to the hit placed on me by Juan Soliz to [ALL] mexican gangs. But also my entire family as

over →

Juan Soliz did state that he could have had me killed. Me and my family need protection from this serious threat. If anything happens to me or my family TDCJ will be held responsible for their actions and inactions.

Recieved
10-6-23 and 1-22-24

Step 2    Grievance    #2024004946

Curtis Garrison  # 1926573    Date: 10-6-23

UCC refuses to read the allegations to me when I come. And flat out denied my claim without any investigation into the matter. As they never ask me any questions and continually try to force me to sign papers stating "unsubstantiated" to close the case to my criminal investigation which I am not going to sign. When no investigation is being conducted and these officers are friends with Juan Soliz and are trying to protect him from criminal charges showing their in cahoots and have formed a "combination" with eachother and have "conspired" against me. As the statement and the allegations are "true and correct" and the officers are too stupid to conduct an investigation properly, let alone understand what "sexual assault" actually is. As they are confusing it with "Rape" not "sexual assault". As in Penal Code 21.01 "Sexual Contact" means [ANY] touching of the anus or genitals of another person with intent to arouse or gratify the sexual desire of [any] person. TDCJ is constantly refusing my request of an investigation and are mad that I am trying to press criminal charges. TDCJ does not tell me "what or why" on anything and are not treating me as a victim. TDCJ never once tried to take my blood after showing up to medical twice nor did they conduct a mental health exam into how the sexual assault made me feel or what it did to me mentally. On 10-4-23 at 3:00 in the morning I was called to medical. But did not go because I was asleep. Then on 10-4-23 TDCJ used this to try to get me to sign a form to close my sexual assault case as unsubstantiated. As TDCJ is claiming that there is not a hole bored into the wall and that I was not extorted and sexually assaulted from this hole as I am claiming. When the officers took pictures of this hole proving its presence to exist and would further indicate a truthfulness to my other claims against Mr. Soliz. But TDCJ is refusing to acknowledge the facts and evidence is "unfounded" and requires criminal charges to be pressed so a real judge and jury can decide the case for themselves without the "biased" [opinion] that TDCJ has formed while letting sexual assaults and extortion take place affording no justice or relief to the victim. The step 1 is attached to this grievance. Also why did the officers rip off the "attached" sexual assault flyer that was on my step 1? Because it stated that TDCJ wants to prosecute the wrongdoer and how investigations are conducted. To which is not being done in this case. Either bring criminal charges as

over →

requested, or get a lawsuit. I'll get your court.

Recieved
1-22-24

*Copy*

Step 1 Grievance #2023141013

Curtis Garrison #1926573    Date: 8-1-23

I am grieving Pam Pace and the entire medical department associated with TDCJ, for purpously refusing to treat and cure my many diseases, forcing me to suffer "cruel and unusual punishment" and by not recieving "adequate medical treatment" under the "normal standard of care". TDCJ's medical staff purpously, maliciously, and willfully neglects the patients medical needs by refusing to give the required treatment to "cure" the problem. I still have syphilis which left untreated can cause permanent damage to the body. I still have chlamydia oozing out of my eyes, I still have a white tounge. ~~2 years on nose being broke.~~ I still have a broken nose I want fixed. 11 years of syphilis. 11 years of chlamydia. 11 years of white tounge, 2 years of nose being broke. Whats your problem with giving out "antibiotics" to cure me of these diseases. No doctor in the entire world tells a syphilis and chlamydia patient to "just deal with it" or "your stable" no. They figure out the problem and treat it until cured. But TDCJ does'nt do that. Yall must have so much money you actually want a lawsuit. Is that it? I want to be cured NOW! otherwise I am now filing a state wide (LID) thats Life In Danger, on every unit in Texas thats associated with TDCJ for purpously killing me and doing permanent harm to my entire body for the experimental useage of my body as a guinie pig lab experiment to see how much damage can be done to it if left untreated. To see how long it takes for these cureable diseases to kill me. This is what your doing. TDCJ is killing me. I need to see a doctor in a hospital who will administer "care" to their patient, as TDCJ only administers "we dont care" to their "sick" patients, leaving them sick to die. These diseases arnt dormant, they are stably killing me and causing harm.

Returned
9-26-23 and 1-22-24

*Copy*

Step 2    Grievance    #2023141013

Curtis Garrison    #1926573    Date: 9-7-23

I was grieving Pam Pace and the entire medical department Associated with TDCJ for purpously and maliciously refusing to treat and "Cure" my many diseases in violation of the 8th Amendment prohibition aginst "Cruel and unusual punishment" and the 14th Amendments "Due process Clause" by them depriving me of "adequate medical Care" as the government is using TDCJ as a "tool of opression" and is therefore "abusing its power" under "Color of state law", as stated in DeShaney v. Winnebago County Dept. Social Services 429 U.S. 97 (1976), Robinson V. California 370 U.S. 660 (1962); Spicer V. Williamsen 191 N.C. 487, 490, 132 S.E. 291, 293 (1926); Davidson V. Cannon Supra at 348; Daniels V. Williams Supra at 331. As the grievance process is a "sham" and provides "zero" relief to prisoners incarcerated in TDCJ, which TDCJ employs the people who sign the grievances and give the "unconstitutional" responses providing "no relief" to the individual harmed by TDCJ officials, thus serving a "conflict of interest" and a "closed minded bias" allowing the harm to continue. As well as violating TDCJ's own rules by "answering their own grievances aginst them" in violation of policy. Where TDCJ is "purpously" "killing me" and doing "irreparable damage" to my body by "refusing" me "any" medical treatment to "Cure" me of the many diseases plagueing my body. This "purpousful" "disregard" to preserve bodily function is why I am filing a (LID) "Life In Danger" aginst TDCJ and it's many units state wide, because they [all] harbor the same agenda in refusing medical care to it's prisoners incarcerated within its borders. I am begging for "HELP" because "I am dying" from TDCJ's "medical neglect" aginst me. As I am now "required" hospitilization.

Recieved
1-22-24

*COPY*

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

Offender Name: **Curtis Garrison**   TDCJ # **1926573**

Unit: **RB**   Housing Assignment: **4E-13 B**

Unit where incident occurred: **RB**

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **P. Lancaster COV**   When? **02-28-19**

What was their response? **I guess, if you have to write a grievance.**

What action was taken? **NONE**

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I want medical to give me the medicine I need for my illness. My illness is on record and they refuse to give me the medicine I need. It causes me extreme pain and puts a strain on my health and well being. Please have them give me my medicine to cure my illnesses and treat them properly. I dont want to have to do a law suit but I will if I dont get the proper medicine my body requires alonge with treatment until its gone.

---

**I-127 Front** (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

**Action Requested to resolve your Complaint.** Give me the medicine my body requires until my Medical needs are met to cure my illness.

**Offender Signature:** Curtis Booth    **Date:** 2-28-19

**Grievance Response:**

**Signature Authority:** _____    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

<table>
<tr><td colspan="2"><b>OFFICE USE ONLY</b></td></tr>
<tr><td>Initial Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

Appendix F

# Parties to this Suit

6.) Stuttering John Doe #6, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886

- Tried to get my sexual assault case closed. Falsify documents and coerced me to sign paper under threats of duress.

7.) John Doe #7, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886

- Made threats to me for raising claim of sexual assault and retaliated on me by erasing stuff on my file and cutting off all contact with the outside world.

8.) Jane Doe, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886

- Stole 17 Lbs of my mail and falsified document

9.) Jane Doe #2, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886

- Violated the rules and policy regarding my mail at the DRC.

10.) Jane Doe #3, Huntsville TX, head of the DRC

- refused to acknowledge DRC policy and made up rules on their own.

11.) John Doe #8, James V. Allred unit, 2101 FM 369 N., Iowa Park, TX 76367

- Repeatedly stomped on me me while I was lying on the ground in handcuffs.

12.) Jane Doe #4, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony TX, 75886

- Refused to acknowledge and document or treat my broken wrist. Falsify documents

Parties to this Suit

13. Jane Doe #5, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886
refused ~~Failed~~ to provide treatment or care to serious medical need. Falsify documents.

14. Jane Doe #6, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886
refused ~~Failed~~ to provide treatment or care to serious medical need. Falsify documents

15. Jane Doe #7, Byrd unit, Huntsville TX
refused ~~Failed~~ to provide treatment or care to cure serious disease. Falsify documents.

16. Jane Doe #8, Byrd unit, Huntsville TX
refused ~~Failed~~ to provide care or treatment to a serious disease. Falsify documents

17. Jane Doe #9, French Robertson unit, 12071 FM 3522, Abilene, TX 79601
Refused ~~Failed~~ to provide care or treatment to cure a serious disease. Falsify documents

18. Jane Doe #10, French Robertson unit, 12071 FM 3522, Abilene, TX 79601
Refused ~~Failure~~ to provide care or treatment to cure a serious disease. Falsify documents

19. Jane Doe #11, French Robertson unit, 12071 FM 3522, Abilene, TX 79601
Refused ~~Failure~~ to treat or care to cure a serious disease. Falsify documents.

Parties to this suit

20.) Jane Doe #12, James v Allred unit, 2101 FM 369 N.,
Iowa Park, TX 76367.
- refused to cure me of disease. Falsify documents.

21.) Jane Doe #13, James v. Allred unit, 2101 FM 369 N.,
Iowa Park, TX 76367.
- refused to cure me of disease, Falsify documents

22.) Jane Doe #14, James v Allred unit, 2101 FM 369 N.,
Iowa Park, TX 76367.
- refused to cure me of disease, Falsify documents

23.) Jane Doe #15, James v Allred unit, 2101 FM 369 N.,
Iowa Park, TX 76367.
- refused to cure me of disease. Falsify documents

24.) Jane Doe #16, James v. Allred unit, 2101 FM 369 N.,
Iowa Park, TX 76367.
- refused to cure me of disease, Falsifies documents

25.) John Doe, Warden, Coffield unit, 2661 FM 2054,
Tennessee colony, TX 75884
- Knows other TDCJ employees want to kill and harm
me and did nothing to stop it. Falsifies documents

26.) John Doe, Warden #2, Coffield unit, 2661 FM 2054,
Tennessee colony, TX 75884
- allowed me to be harmed by TDCJ officers for
being in fear of my life.

(27.) John Doe, Warden #3, Coffield unit, 2661 FM 2054, Tennessee Colony, TX 75884
- Allowed others to harm me in his presence and refused me treatment to cure me of disease.

(28.) Regional Director Monroe, not sure where from
- Knows of my needs and has done nothing to cure disease or protect me from TDCJ's harm.

(29.) John Doe #9, Coffield unit, 2661 FM 2054, Tennessee Colony, TX 75884
- Made threats to harm me.

(30.) John Doe #10, Coffield unit, 2661 FM 2054, Tennessee Colony, TX 75884
- Made threats to harm me.

(31.) John Doe #11, Coffield unit, 2661 FM 2054, Tennessee Colony, TX 75884
- harmed me. Gas

(32.) John Doe #12, Coffield unit, 2661 FM 2054, Tennessee Colony, TX 75884
- harmed me. Gas

(33.) John Doe #13, Coffield unit, 2661 FM 2054, Tennessee Colony, TX 75884
- harmed me. Tazer

Parties to this suit

34.) John Doe #14, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.
- Forced my face into urine and stuck me in a cell that TDCJ officers peed in with no water or working toilet or light with sewage all over the entire cell.

35.) John Doe #15, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.
- Forced me to eat spoiled food, drink contaminated water and live in filthy deplorable conditions.

36.) John Doe #16, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.
- Forced me to eat spoiled food, drink contaminated water, and live in filthy deplorable conditions.

37.) John Doe #17, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.
- Forced me to eat spoiled food, drink contaminated water, and live in filthy deplorable conditions.

38.) John Doe #18, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.
- Forced me to eat spoiled food, drink contaminated water, and live in filthy deplorable conditions.

39.) John Doe #19, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.
- Forced me to eat contaminated food, drink contaminated water, and live in filthy deplorable conditions.

40.) John Doe #20, Mark W. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.
- Refused to bring me to talk to OIG about my sexual assault getting my case dismissed. Falsifying documents.

41. Jane Doe #17, Securus, Mark w. Michael Unit, 2664 FM 2054, Tennessee Colony, TX 75886
- Retaliated by turning off my phone and erasing my E-message contacts without cause.

42. Juan Soliz Jr., Coffield unit, 2661 FM 2054, Tennessee Colony, TX 75886.
- Sexually assaulted me by touching me innappropriately and did extort me for $1,200 and threaten harm to my family.

43. Jane Doe #18, Mark w. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.
- Refused to fix my exposed roots and made threats to my life. Dental. Falsified documents

44. Jane Doe #19, Mark w. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.
- Refused to fix my exposed roots and told me that I can get it fixed when I get out of prison and to just deal with it. Falsified documents,

45. John Doe #21, Mark w. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.
- Refused to fix my exposed roots or cure syphilis and ignored issue why I was there and only wanted to clean teeth. Falsifying documents.

46. John Doe #22, Mark w. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.
- Retaliated for filing grievances on them. By erasing my special diet.

47. John Doe #23, Mark w. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886.
- Retaliated by trying to bully me into signing a paper to close my sexual assault case. And yelled at me and called me names.

Parties to this Suit

48) John Doe #24, Mark W. Michael unit, 2664 FM 2054, Tennessee colony, TX 75886.
   • Throw away my grievances and their attachments.

49) Jane Doe #20, Mark W. Michael unit, 2664 FM 2054, Tennessee colony, TX 75886
   • Throw away my grievances and their attachments.

50) John Doe #25, Huntsville TX, executive director
   • Has me under false imprisonment knowingly.

51) Jane Doe #21, James V. Allred unit, 2101 FM 369 N, Iowa Park, TX 76367
   • refuses to fix my broken wrist or give me the required treatment to cure syphilis.

52) John Doe, Warden, Mark W. Michael unit, 2664 FM 2054, Tennessee colony, TX 75886
   • ~~Stole my pr~~ Falsified documents

53) John Doe #26, Mark W. Michael unit, 2664 FM 2054, Tennessee colony, TX 75886.
   • Stole my property off of my body



Parties to this Suit

(54.) Jane Doe #22, James v. Allred unit, 2101 FM 369 N., Iowa Park, TX 76367

- Was my counsel substitute and served a conflict of interest with TDCJ rendering her ineffective counsel as she did not seek my best interests or get me for court, present any evidence, or call any witnesses, while knowing I wanted to represent myself and that she was fired when she served the case herself.

(55.) Dog, mark w. Michael unit, 2664 FM 2054, Tennessee Colony, TX 75886

- Said my mail was contraband and wrote a bogus report falsifying a government document and not being a TDCJ employee on the roster handeling my mail, when no testing was ever performed.

(56.) There is a possibility more but that is all I know off the top of my head, still waiting on grievances to return.

# Medical Negligence
## Deliberate Indifference

Curtis Allen Garrison
  Plantiff
          V.
John Doe et. al,
Jane Doe et. al,
  Defendants

---

# Copy of Affidavit

---

I have came into the TDCJ prison system with 9 years of untreated Syphilis, I have now been 11 years in the system giving me a total of 20 years of syphilis left untreated by TDCJ in refusal to "treat and cure" a serious medical need. Which has caused irrepairable damage to my body. As it has caused loss of feeling in certain parts of the body, and a loss of enjoyment, leaving me with muscle damage, eye damage, hearing damage, nerve damage, deformity, and brain damage. As TDCJ keeps falsifying documents to not treat. Leaving me to suffer harm until death. This is neuro syphilis. As TDCJ is experimenting on me to see how long it takes until I die.

_Curtis Garrison_

Under penalty of perjury the foregoing is true and correct.

# Unsworn Declaration

My name is Curtis Allen Garrison and I am the Plantiff this Cause, my date of birth is March 25, 1986, I currently reside at James v. Allred unit, 2101 FM 369 N., Iowa Park, Texas 76367, My TDCJ # 1926573. I am presently incarcerated in Wichita County. Everything stated herein is to the best of my ability and I declare under penalty of perjury that the facts stated in this document are true and correct.

Executed on this day of

_Curtis Garrison_

Curtis Allen Garrison, Petitioner
TDCJ # 1926573
James v. Allred unit
2101 FM 369 N.
Iowa Park, TX 76367

# Prayer

As God as my witness if I'm lying I'm dying.

Curtis Allen Garrison
  Plantiff
            V.
John Doe et. al.
Jane Doe et. al.
  Defendant

# Copy of Affidavit

I was extorted for $1,200 by Juan Soliz Jr. and was sexually assaulted through a hole in the wall by him. To which I wanted to press charges for extortion and sexual assault. But TDCJ is refusing all the surrounding evidence and is trying to force me to sign a paper to drop the case but I do not want to drop the case and proceed to court. Only for TDCJ to drop the case for no reason and falsify government documents to cover up the sexual assault as the officers are friends with my attacker. As TDCJ has evidence of the hole in the wall as well as other evidence and have refused me medical testing on this case for sexually transmitted disease, psychological care, and have refused to do any investigating or sampeling, collecting and preserving evidence.

Curtis Garrison

Under penalty of perjury the foregoing is true and correct.

My name is Curtis Allen Garrison and I am the Plantiff this Cause, my date of birth is March 25, 1986, I currently reside at James v. Allred unit, 2101 FM 369 N., Iowa Park, Texas 76367, My TDCJ # 1926573. I am presently incarcerated in Wichita County. Everything stated herein is to the best of my ability and I declare under penalty of perjury that the facts stated in this document are true and correct.

Executed on this day of

Curtis Garrison

Curtis Allen Garrison, Petitioner
TDCJ # 1926573
James v. Allred unit
2101 FM 369 N.
Iowa Park, TX 76367

## Prayer

May God have mercy.

Curtis Allen Garrison
   plantiff
            V.
John Doe et. al,
Jane Doe et. al,
   Defendant's

---

## Copy of Affidavit

A TDCJ officer at the Allred unit tried to shove me down the stairs from behind in an attempt to murder me. Then he put his hands around my neck and tried to strangle me and shove me over the railing. Where I had to act to get him off of me. Where I was repeatedly attacked by this man. Leaving me forced to defend myself. Where later I was handcuffed and then stepped on and stomped on by TDCJ officers while my hands were behind my back and I lay on the ground handcuffed. Where TDCJ refuses to view the evidence in court / diciplinary hearing and have denied me due process and denied me to suffer in seg for self-defense. All on camera and on record.

Curtis Garrison

Under penalty of perjury the foregoing is true and correct.

# Unsworn Declaration

My name is Curtis Allen Garrison and I am the Plantiff this cause, my date of birth is March 25, 1986, I currently reside at James V. Allred unit, 2101 FM 369 N., Iowa Park, Texas 76367, My TDCJ # 1926573. I am presently incarcerated in Wichita County. Everything stated herein is to the best of my ability and I declare under penalty of perjury that the facts stated in this document are true and correct.

Executed on this day of

*Curtis Garrison*

Curtis Allen Garrison, Petitioner
TDCJ # 1926573
James V. Allred unit
2101 FM 369 N.
Iowa Park, TX 76367

## Prayer

Let the truth be told

*Another Assault and Denying me medical treatment for a serious medical need.*

Curtis Garrison
  Plantiff
          V.
John Doe et. al.
Jane Doe et. al.
  Defendants

---

# Copy of Affidavit

---

The officers in Michael unit in TDCJ have repeatedly retaliated aginst me by forcing me to drink contaminated water, eat spoiled food, while tampering with my mail, and turning off my water and falsifying documents at every turn, no medical, no dental, nothing but rats, roaches, ants, shit water on everything, filth and a violation of the Constitution. But when the officer opened my door aginst policy rules then tried to break my arm with the door on 11-29-23 and did break my wrist. To where I have yet to recieve medical care for a broken bone, but I have been given the handcuff treatment and cell therapy. No cast, no x-ray forcing me to suffer cruel and unusual punishment in violation of the Constitution.

Curtis Garrison

Under penalty of perjury the foregoing is true and correct.

# Unsworn Declaration

My name is Curtis Allen Garrison and I am the Plantiff this Cause, my date of birth is March 25, 1986, I currently reside at James V. Allred unit, 2101 FM 369 N., Iowa Park, Texas 76367, My TDCJ # 1926573. I am presently incarcerated in Wichita County. Everything Stated herein is to the best of my ability and I declare under penalty of perjury that the facts stated in this document are true and correct.

Executed on this day of

Curtis Garrison

Curtis Allen Garrison, Petitioner
TDCJ #1926573
James V. Allred unit
2101 FM 369 N.
Iowa Park, TX 76367

## Prayer

No More locked doors.

Medical / Dental Care being refused/
Falsifying government documents

Curtis Allen Garrison
   Plantiff

                    V.

John Doe's et al.
Janes Doe's et. at.
   Defendants

---

## Copy of Affidavit

---

Michael unit dental department is refusing me dental to fix my exposed roots and is falsifying government documents by not saying whats really going on as a deep cleaning was documented but only air was blown on my teeth. Thus leaving my syphilis caused exposed roots left exposed and hurting me. No antibiotics were given to fix the problem. Denying me dental care to fix my exposed roots that I put in for to be fixed. TDCJ only wanted to clean my teeth and could'nt even do that properly.

*Curtis Garrison*

Under penalty of perjury the foregoing is true and correct.

# Unsworn Declaration

My name is Curtis Allen Garrison and I am the Plantiff this Cause, my date of birth is March 25, 1986, I currently reside at James V. Allred unit, 2101 FM 369 N., Iowa Park, Texas 76367, My TDCJ # 1926573. I am presently incarcerated in Wichita County. Everything stated herein is to the best of my ability and I declare under penalty of perjury that the facts stated in this document are true and correct.

Executed on this day of

Curtis Garrin

Curtis Allen Garrison, Petitioner
TDCJ # 1926573
James V. Allred unit
2101 FM 369 N.
Iowa Park, TX 76367

## Prayer

Those with heavy burdens seek relief and I shall give you rest.

Constitutional Violation 6$^{Ih}$ and 8$^{Ih}$
Amendment, Violation of the Clean Water act.

Curtis Allen Garrison
   Plantiff
            V.

John Doe  et. al.
Jane Doe  et. al.
   Defendants

---

## Copy of Affidavit

---

Michael unit has forced me to drink yellow stinking water that is sticky and full of bacteria and slime from improperly maintained water treatment. This water has caused my health to decline as well as the skin is peeling off of my face. I was forced to drink this water for almost 2 years. This is a violation of the Constitution and the Clean Water act.


_Curtis Garrison_
Under penalty of perjury the foregoing is true and correct.

# Unsworn Declaration

My name is Curtis Allen Garrison and I am the Plantiff this cause, my date of birth is March 25, 1986, I currently reside at James V. Allred unit, 2101 FM 369 N., Iowa Park, Texas 76367, My TDCJ # 1926573. I am presently incarcerated in Wichita County. Everything stated herein is to the best of my ability and I declare under penalty of perjury that the facts stated in this document are true and correct.

Executed on this day of

Curtis Garrison

Curtis Allen Garrison, Petitioner
TDCJ # 1926573
James V. Allred unit
2101 FM 369 N.
Iowa Park, TX 76367

## Prayer

God let me have clean water to drink.

# Violation of the Constitution

Curtis Allen Garrison
  Plantiff

                V.

John Doe et al.
Jane Doe et. al.
  Defendants

---

# Copy of Affidavit

---

TDCJ has sent me to michael unit and forced
me to live in deplorable Conditions in violation
of the 6th and 8th amendments. Of the
Constitution. By having mice run, poop, and pee
all over the spoiled food that they are serving
me. To live in filth thats never cleaned with
any chemicles only a broom. With forced
Contaminated Water to drink. Where my mail
is being tampered with and stolen, no medical,
no dental, grievances being thrown away and
the falsifying of documents by all staff
even the warden.


                Curtis Garrison
_____
under penalty of perjury
the foregoing is true and
correct.

# Unsworn Declaration

My name is Curtis Allen Garrison and I am the Plantiff this Cause, my date of birth is March 25, 1986, I currently reside at James v. Allred unit, 2101 FM 369 N., Iowa Park, Texas 76367, My TDCJ # 1926573. I am presently incarcerated in Wichita County. Everything stated herein is to the best of my ability and I declare under penalty of perjury that the facts stated in this document are true and correct.

Executed On this day of

Curtis Garrison
Curtis Allen Garrison, Petitioner
TDCJ # 1926573
James v. Allred unit
2101 FM 369 N.
Iowa Park, TX 76367

# Prayer

Too late already Contaminated.

Retaliation

Curtis Allen Garrison
  Plantiff
              V.
John Doe et. al.
Jane Doe et. al.
  Defendants

---

## Copy of Affidavit

---

TDCJ is in constant retaliation aginst me for the filing of grievances. This retaliation is in the form of turning off my water, no contact with my family as I cannot call or recieve mail from them, erasing my special food diet from the computer, stealing my property, and in destroying my mail without cause. Then if I try to get remedy they hurt me. As I recieve no medical, no dental, nothing and now they stole my I.D. So I cannot make commissary. Also by denying to file my grievances and throw them away or just the step 2. As all my grievances have step 2's attached. Denying me lay-in's ect.

Curtis Garrison

Under penalty of perjury
the foregoing is true
and correct.

# Unsworn Declaration

My name is Curtis Allen Garrison and I am the Plantiff this Cause, my date of birth is March 25, 1986, I currently reside at James v. Allred Unit, 2101 FM 369 N., Iowa Park, Texas 76367, My TDCJ # 1926573. I am presently incarcerated in Wichita County. Everything stated herein is to the best of my ability and I declare under penalty of perjury that the facts stated in this document are true and correct.

Executed on this day of

_Curtis Garrison_

Curtis Allen Garrison, Petitioner
TDCJ # 1926573
James v. Allred Unit
2101 FM 369 N.
Iowa Park, TX 76367

## Prayer

No more hurt. No more pain. Safty.

Curtis Allen Garrison
  Plantiff

              V.

John Doe  et al.
Jane Doe  et al.
  Defendants

---

## Copy of Affidavit

---

I am falsely imprisoned under fraud committed
by orange county officials, When no law was
ever broken, and am being detained without
a trial on the merits. and TDCJ harbors this
Knowledge and refuses to let me go. this is a
Knowing purponsful disregard for liberty to a
Captive who is in prison for no reason.

*Curtis Garrison*

Under penalty of perjury
the foregoing is true and
Correct.

Unsworn Declaration

My name is Curtis Allen Garrison and I am the Plantiff this cause, my date of birth is March 25, 1986, I currently reside at James v. Allred unit, 2101 FM 369 N., Iowa Park, Texas 76367, My TDCJ # 1926573. I am presently incarcerated in Wichita County. Everything stated herein is to the best of my ability and I declare under penalty of perjury that the facts stated in this document are true and correct.

Executed on this day of

Curtis Garrison

Curtis Allen Garrison, Petitioner
TDCJ # 1926573
James v. Allred unit
2101 FM 369 N.
Iowa Park, TX 76367

## Prayer

Grant release to the captives.

Curtis Allen Garrison
  Plantiff
              V.
John Doe et al.
Jane Doe et al.
  Defendants

---

# Copy of Affidavit

---

TDCJ is retaliating on me for trying to assert
my rights to the Courts in diciplinary hearings and
are refusing me access to the Courts in attendence,
to question witnesses, to present evidence and view
the evidence aginst me. By falsifying documents
and going beyond the rules of diciplinary court to
enforce their own rules and Conduct of their own
Court as Kangaroo Court where the accused is
not allowed to attend to defend himself or
present any evidence but can get the punishment.
~~violation~~ violated my due process rights.

Curtis ~~Garrison~~

---

under penalty of perjury
the foregoing is true and
Correct.

# Unsworn Declaration

My name is Curtis Allen Garrison and I am the Plantiff in this Cause, my date of birth is March 25, 1986, I currently reside at James v. Allred unit, 2101 FM 369 N., Iowa Park, Texas 76367, My TDCJ # 1926573. I am presently incarcerated in Wichita County. Everything stated herein is to the best of my ability and I declare under penalty of perjury that the facts stated in this document are true and correct.

Executed on this day of

Curtis Garrison

Curtis Allen Garrison, Petitioner
TDCJ # 1926573
James v. Allred unit
2101 FM 369 N.
Iowa Park, TX 76367

# Prayer

I want Justice and my day in Court.

Tampering with mail, Retaliation,
Case 7:24-cv-00047-O   Document 1   Filed 04/08/24   Page 132 of 148   PageID 132
Destroying property, falsifying documents

Curtis Allen Garrison
  Plantiff
              V.
John Doe et. al.
Jane Doe et. al.
  Defendants

## Copy of Affidavit

TDCJ has stolen 17Lbs of my legal mail
because they marked it as regular mail and
refused to search through it. So they Just
threw it away because they were too lazy
to search for contraband as some talking dog
told them it was. But the allegation is false
and the report vague and unJustified. As
all TDCJ actions were aginst policy rules
and regulations. A violation of policy. So I
want my stuff replaced.

*Curtis Garrison*

under penalty of perJury
the foregoing is true and
correct.

## Unsworn Declaration

My name is Curtis Allen Garrison and I am the Plantiff this Cause, my date of birth is March 25, 1986, I currently reside at James v. Allred unit, 2101 FM 369 N., Iowa Park, Texas 76367, My TDCJ # 1926573. I am presently incarcerated in Wichita County. Everything stated herein is to the best of my ability and I declare under penalty of perjury that the facts stated in this document are true and correct.

Executed on this day of

_Curtis Garrison_

Curtis Allen Garrison, Petitioner
TDCJ # 1926573
James v. Allred unit
2101 FM 369 N.
Iowa Park, TX 76367

## Prayer

Heres the mail it never fails, it makes me want to wag my tail, when it comes I want to wail... MAILLLL.

Medical Neglect
Deliberate Indifferent

Curtis Allen Garrison
 Plaintiff

            V.

John Doe et. al.
Jane Doe et. al.
 Defendants

# Copy Of Affidavit

TDCJ is forcing me to suffer a urinary
tract infection (UTI) because they refuse
to give me antibiotics to cure it. or any
other medical treatment.

# Unsworn Declaration

My name is Curtis Allen Garrison and I am the Plantiff this cause, my date of birth is March 25, 1986, I currently reside at James v. Allred unit, 2101 FM 369 N., Iowa Park, Texas 76367, My TDCJ # 1926573. I am presently incarcerated in Wichita County. Everything stated herein is to the best of my ability and I declare under penalty of perjury that the facts stated in this document are true and correct.

Executed on this day of

Curtis Allen Garrison, Petitioner
TDCJ # 1926573
James v. Allred unit
2101 FM 369 N.
Iowa Park, TX 76367

## Prayer

I want to pee with no more burns and have children.

~~False Imprisonment~~

*Medical Malpractice*

[FILL OUT cause number and heading information EXACTLY as it is written on the Petition]

NO. _____

Curtis Allen Garrison
_____
Plantiff                          §     _____
_____   §     _____
            V.                    §     _____
John Doe et. al,              §     _____
Jane Doe et. al.             §     _____
Defendant[s]                §     _____

### AFFIDAVIT

THE STATE OF TEXAS
COUNTY OF _____
[PRINT the name of the county where this statement is being notarized.]

BEFORE ME, the undersigned authority, on this day personally appeared

_____, who

[PRINT the first and last names of the person who will sign this statement.]

swore or affirmed to tell truth, and stated as follows:

"My name is     *Curtis Allen Garrison*                .

[PRINT the first and last names of the person who will sign this statement.]

I am of sound mind and capable of making this sworn statement. I have personal knowledge of the facts written in this statement. I understand that if I lie in this statement I may be held criminally responsible. This statement is true. ~~...~~

TDCJ Knows that Zoloft kills your liver and lost a lawsuit aginst them for that purpose. But TDCJ still forces Zoloft onto us prisoners. A Knowing disregard for human life and forced Suffering.

_____

_____

_____

_____

_____

_____

_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____
[The person who has personal knowledge of this statement must sign it.
DO NOT SIGN this statement until you are in front of a notary.]

---

State of Texas
County of _____
        [name of county where statement is notarized.]

SWORN to and SUBSCRIBED before me, the undersigned authority, on
the _____ day of _____, _____ year, by

_____.
[PRINT the first and last names of the person who is signing this affidavit.]


                       _____
                       Notary Public, State of Texas [Notary's signature.]



[Notary's seal must be included.]

# Unsworn Declaration

My name is Curtis Allen Garrison and I am the Plantiff this Cause, my date of birth is March 25, 1986, I currently reside at James v. Allred unit, 2101 FM 369 N., Iowa Park, Texas 76367, My TDCJ # 1926573. I am presently incarcerated in Wichita County. Everything stated herein is to the best of my ability and I declare under penalty of perjury that the facts stated in this document are true and correct.

Executed on this day of

Curtis Garrison

Curtis Allen Garrison, Petitioner
TDCJ # 1926573
James v. Allred unit
2101 FM 369 N.
Iowa Park, TX 76367

## Prayer

~~Free me Now!~~

Z is for Zoloft and thats whats killing me.

prison used as a tool of oppression

Curtis Allen Garrison
  plantiff
            V.

John Doe et. al.
Jane Doe et. al.
   Defendants

---

# Copy  of  Affidavit

---

TDCJ is useing the tablet as a tool for opression.
As they are cutting off our phones and mail for
writing grievances or filing lawsuits. Keeping us
from our lawyers and familys by tampering
with our mail also. This needs to stop and
TDCJ should be forced to comply with the
prisons of the other states and be more
humaine to its prisoners.


_Curtis Garrison_

---

Under penalty of Perjury
the foregoing is true and
correct.

Unsworn Declaration

My name is Curtis Allen Garrison and I am the Plantiff this Cause, my date of birth is March 25, 1986, I currently reside at James v. Allred unit, 2101 FM 369 N., Iowa Park, Texas 76367, My TDCJ # 1926573. I am presently incarcerated in Wichita County. Everything stated herein is to the best of my ability and I declare under penalty of perjury that the facts stated in this document are true and correct.

Executed on this day of

_Curtis Garrison_

Curtis Allen Garrison, Petitioner
TDCJ # 1926573
James v. Allred unit
2101 FM 369 N.
Iowa Park, TX 76367

## Prayer

~~Grant relief to the captives~~

Stop the abuse.

*Petitioners Copy*

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

EMERGENCY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE ___Northern___ DISTRICT OF TEXAS
### ___Wichita Falls___ DIVISION

*Curtis Allen Garrison #1926573*

Plaintiff's Name and ID Number

*James V. Allred unit*

Place of Confinement

CASE NO. **7-24CV-047-(**

(Clerk will assign the number)

v. *John Doe's and Jane Doe's*
*James V. Allred unit*
*2101 FM 369 N.*
*Iowa Park, TX 76367*

Defendant's Name and Address *John Doe's and*
*Jane Doe's, Mark W. Michael unit*
*2664 FM 2054, Tennessee Colony, TX 75886*

Defendant's Name and Address *John Doe's and*
*Jane Doe's, Coffield unit, 2661 FM 2054*
*Tennessee Colony, TX 75884*

Defendant's Name and Address
( DO NOT USE "ET AL.")

*John Doe's and Jane Doe's*
*French Robertson unit*
*12071 FM 3522*
*Abilene, TX 79601*

*John Doe's and Jane Doe's*
*Byrd unit*
*Huntsville, TX*

*Orange County Courthouse*
*Orange, TX 77632*

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID) , the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Rev. 05/15

II.    PLACE OF PRESENT CONFINEMENT: _James v. Allred Unit_

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? _Pending_ ____ YES ✓ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Curtis Garrison, James v. Allred Unit, 2101 FM 369 N., Iowa Park, TX 76367_

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _John Doe, James v. Allred Unit, 2101 FM 369 N., Iowa Park, TX 76367_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Retaliation in denying me to go to my lay-in's_

Defendant #2: _John Doe #2, James v. Allred Unit, 2101 FM 369 N., Iowa Park, TX 76367_

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
_Denied my due process rights / falsifying government documents_

Defendant #3: _John Doe #3, James v. Allred Unit, 2101 FM 369 N., Iowa Park, TX 76367_

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
_Assaulted me, attacked me, tried to murder me, choked me_

Defendant #4: _John Doe, #4, Mark W. Michael Unit, ~~2101 FM 369 N., Io~~ 2664 FM 2054, tennessee colony, TX 75886_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Broke my wrist in the door for no reason_

Defendant #5: _John Doe #5, James v. Allred Unit, 2101 FM 369 N., Iowa Park, TX 76367_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Accidentially broke my nose when jumped on me._

3

Rev. 05/15

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Each complaint is written on the seperate affidavit page.

VI.    RELIEF:

State briefly exactly what you want the court to do for you.    Make no legal arguments.  Cite no cases or statutes.

Set the court docket for trial and grant relief.

VII.    GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Curtis Garrison

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1926573

VIII.    SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?    ____YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____

2.  Case number: _____

3.  Approximate date sanctions were imposed: _____

4.  Have the sanctions been lifted or otherwise satisfied?    ____YES ____NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed? _____ YES _____ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____

2. Case number: _____

3. Approximate date warning was issued: _____

Executed on: _2-2-24_
　　　　　　　DATE

_Curtis Garrison_

_Curtis Garrison_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____2_____ day of _Feburary_ , 20 _24_ .
　　　　　　(Day)　　　　　　　(month)　　　　　(year)

_Curtis Garrison_

_Curtis Garrison_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

5



Curtis Garrison
James U. Alvers, unit
2101 FM 369 N.
Iowa Park, TX 76367

CERTIFIED MAIL

9589 0710 5270 0944 2775 65

SENDER: COMPLETE THIS SECTION

US DISTRICT CLERKS OFFICE
501 W 10TH ST STE 310
FORT WORTH, TX 76102
3641

9590 9402 7353 2028 6824 02

9589 0710 5270 0944 2775 65

Retail

U.S. POSTAGE PAID
PM
IOWA PARK, TX 76397
FEB 08, 2024

$0.00

R2303S103034-04



Returned back to me undelivered for unknown reason on 4-1-24

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION

Legal Mail

Evidence Exhibit 1

And opened by the Allred unit mail room to find out what I filed and read it without me present.



TDCJ # 1926573
James V. Alfred Unit
2101 FM 369 N.
Iowa Park, TX 76367

CERTIFIED MAIL

7020 0640 0001 7272 7373

Retail                    U.S. POSTAGE PAID
                          PM
                          IOWA PARK, TX 76367
          76102           APR 04, 2024

RDC 03        $0.00
              R2303S103034-94

PRIORITY MAIL
★ ★ ★
TRACKED INSURED
For Domestic Use Only

United States District Court
Office of the Clerk
Northern District of Texas
501 West Tenth St.
Room 310
Fort Worth, TX 76102

LEGAL
MAIL

PRIORITY MAIL
★ ★ ★
TRACKED INSURED
For Domestic Use Only



PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION

LEGAL MAIL