IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **CURTIS ALLEN GARRISON,** §<br>**TDCJ No. 01926573,** § <br> § <br> **Plaintiff,** § <br> § <br>v. § <br> § <br>**JOHN DOE, et al.,** § <br> § <br> **Defendants.** § | | Civil Action No. 7:24-cv-047-O |

## JUDGMENT

This action came on for consideration by the Court, and Plaintiff having failed to comply with the Court's order,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the complaint is **DISMISSED** without prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure.

**SIGNED** this **23rd day** of **September, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE